ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB - 9 2022
CLERK, U.S. DISTRICT COURT
By _____
    Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| JOSEPH MICHAEL DUPREE (01) | 4-22CR-036-Y |

## INDICTMENT

The Grand Jury charges:

Count One
Possession of a Firearm by a Convicted Felon
(Violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about November 10, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Joseph Michael Dupree**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony offense, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: a Smith & Wesson, M&P Shield, 9mm pistol bearing serial number HPP1855.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## Forfeiture Notice
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Joseph Michael Dupree**, shall forfeit to the United States of America any firearm, magazine(s), and ammunition involved or used in the commission of the offense, including the firearm(s) referenced below.

This property includes, but is not limited to, the following: a Smith & Wesson, M&P Shield, 9mm pistol bearing serial number HPP1855.

A TRUE BILL:

_____
FOREPERSON

CHAD MEACHAM
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
District of Columbia Bar No. 502391
Virginia Bar No. 73215
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
E-mail: philip.meitl@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

JOSEPH MICHAEL DUPREE (01)

INDICTMENT

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
Possession of a Firearm by a Convicted Felon
Count 1

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
FORFEITURE

A true bill rendered

FORT WORTH                                                                                      FOREPERSON

Filed in open court this 9th day of February, 2022.

**Defendant in Federal Custody since January 27, 2022.**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:   4:21-MJ-841-BP