ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:22-CR-36-Y |
| JOSEPH MICHAEL DUPREE | [Supersedes Indictment Returned on February 9, 2022] |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Possession of a Stolen Firearm
(Violation of 18 U.S.C. §§ 922(j) and 924(a)(2))

On or about November 10, 2021, in the Fort Worth Division of the Northern District of Texas, the defendant, **Joseph Michael Dupree**, did possess in and affecting interstate and foreign commerce a firearm, to wit: a Smith & Wesson, M&P Shield, 9mm pistol bearing serial number HPP1855, and knew the firearm had been stolen.

In violation of 18 U.S.C. §§ 922(j) and 924(a)(2).

CHAD MEACHAM
UNITED STATES ATTORNEY

_____
P.J. MEITL
Assistant United States Attorney
D.C. Bar No. 502391
801 Cherry Street, 17th Floor
Fort Worth, Texas 76102
Telephone: 817.252.5272
E-mail: philip.meitl@usdoj.gov

Superseding Information—Page 1