MO-I (3/07)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**Fort Worth DIVISION**

| | | | |
|---|---|---|---|
| HONORABLE | Terry R. Means PRESIDING | COURT REPORTER/TAPE: | Debbie Saenz |
| DEPUTY CLERK | Michelle Moon | USPO | Kathryn Wren |
| LAW CLERK | | INTERPRETER | |

CR. No. __4:22-CR-036-Y__   DEFT. No. __(1)__

UNITED STATES OF AMERICA   §   __P. J. Meitl,__ AUSA
§
v.   §
§
JOSEPH MICHAEL DUPREE   §   __Loui Itoh, (F)__
Defendant's Name           Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: __8-9-22__
Hearing Type:  ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: __18 mins.__
Trial Status:  ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
☐ Mistrial  ☒ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held.  ☒ Objections to PSI heard.  ☒ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

### SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of __110 months__.
☒ .. Deft. placed on: Supervised Released for __3 years__.
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
☒ .. Count(s) __1 of indictment__ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $ __100.00__ special assessment on Count(s) __1s__
       of ☐ Complaint  ☐ Indictment  ☐ Information  ☐ Superseding Indictment  ☒ Superseding Information.

☐ ....... Deft ordered to surrender to the designated institution on _____.
☐ ....... Deft failed to appear, bench warrant to issue.
☐ ....... Bond ☐ continued ☐ revoked
☒ ....... Deft Advised of his right to appeal.
☐ ....... Deft requests Clerk to enter notice of Appeal.
☐ ....... Deft Custody/Detention continued.
☒ ....... Deft REMANDED to custody.   Court recommends incarceration at _____.

**FILED**
**August 9, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: __The Court recommends that the defendant be enrolled in the Institution Residential Drug Abuse Treatment Program, if eligible.__