## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | **CRIMINAL ACTION NO.** |
| **v.** | § | |
| | § | **4:22-CR-036-Y** |
| **JOSEPH MICHAEL DUPREE,** | § | **ECF** |
| **Defendant.** | § | |
| | § | |

### ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL

Defendant, JOSEPH MICHAEL DUPREE, hereby notifies this Court of the substitution of counsel on the above-captioned matter. LOUI ITOH, Assistant Federal Public Defender, was assigned to handle this case in the district court. Gabriela Vega, Assistant Federal Public Defender, will be handling the appeal on this case.

Respectfully submitted,

_____*/s/ Gabriela Vega*_____
Gabriela Vega
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24084014
525 Griffin Street, Suite 629
Dallas, Texas 75202
Phone (214) 767-2746
Fax (214) 767-2886
gabriela_vega@fd.org

**<u>CERTIFICATE OF SERVICE</u>**

I, Gabriela Vega, hereby certify that on August 12, 2022, this notice was served on the Office of the United States Attorney through the Electronic Case Filing (ECF) System. Pursuant to Rule 9 of the Miscellaneous Order No. 60, this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

<u>        */s/ Gabriela Vega*        </u>
Gabriela Vega