```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF TEXAS

 3                    FORT WORTH DIVISION

 4   UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-060-P-1
              Government,         )
 5                               ) FORT WORTH, TEXAS
     VERSUS                       )
 6                               ) MARCH 23, 2022
     BRANDON DAVID RIVERA,        )
 7            Defendant.          ) 9:49 A.M.

 8   ------------------------------------------------------------

 9   UNITED STATES OF AMERICA,    ) CASE NO. 4:21-CR-287-P-3
              Government,         )
10                               ) FORT WORTH, TEXAS
     VERSUS                       )
11                               ) MARCH 23, 2022
     LORENZO VALENTINO GUY,       )
12            Defendant.          ) 9:49 A.M.

13   ------------------------------------------------------------

14   UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-038-O-4
              Government,         )
15                               ) FORT WORTH, TEXAS
     VERSUS                       )
16                               ) MARCH 23, 2022
     DEVONSHA RICHARDSON,         )
17            Defendant.          ) 9:49 A.M.

18   ------------------------------------------------------------

19   UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-067-P-1
              Government,         )
20                               ) FORT WORTH, TEXAS
     VERSUS                       )
21                               ) MARCH 23, 2022
     OSHEA CLARKE,                )
22            Defendant.          ) 9:49 A.M.

23   ------------------------------------------------------------

24

25   (NO OMISSIONS - CONTINUED ON PAGE 2)
```

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

```
1    UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-036-Y-1
             Government,          )
2                                 ) FORT WORTH, TEXAS
     VERSUS                       )
3                                 ) MARCH 23, 2022
     JOSEPH MICHAEL DUPREE,       )
4            Defendant.           ) 9:49 A.M.

5    ------------------------------------------------------------

6    UNITED STATES OF AMERICA,    ) CASE NO. 4:22-CR-037-O-1
             Government,          )
7                                 ) FORT WORTH, TEXAS
     VERSUS                       )
8                                 ) MARCH 23, 2022
     TREVON SHUKUR EDWARDS,       )
9            Defendant.           ) 9:49 A.M.

10   ------------------------------------------------------------

11

12                        VOLUME 1 OF 1
          TRANSCRIPT OF REARRAIGNMENT OR GUILTY PLEA AT ARRAIGNMENT
13              BEFORE THE HONORABLE JEFFREY CURETON
                UNITED STATES MAGISTRATE COURT JUDGE
14

15   A P P E A R A N C E S:

16   FOR THE GOVERNMENT:       MR. LEVI THOMAS
                               UNITED STATES DEPARTMENT OF JUSTICE
17                             NORTHERN DISTRICT OF TEXAS
                               801 Cherry Street, Suite 1700
18                             Fort Worth, Texas  76102-6882
                               Telephone:  817.252.5200
19

20   FOR THE DEFENDANT:        MS. KARA L. CARRERAS
     Rivera                    Carreras Law Group
21                             2120 Mistletoe, Suite 3
                               Fort Worth, Texas  76110
22                             Telephone:  817.795.9956

23   FOR THE DEFENDANT:        MR. JAMES LUSTER
     Guy                       Cofer Luster Law Firm, PC
24                             604 E. 4th Street, Suite 101
                               Fort Worth, Texas  76102
25                             Telephone:  682.777.3336
```

```
1   FOR THE DEFENDANT:        MR. PETER CHRISTIAN SMYTHE
    Richardson                Smythe, PC
2                             777 Main Street, Suite 600
                              Fort Worth, Texas  76102
3                             Telephone:  817.666.9475

4   FOR THE DEFENDANT:        MR. ATTICUS J. GILL
    Clarke                    The Gill Law Firm, PLLC
5                             1409 Precinct Line Road
                              Hurst, Texas  76053
6                             Telephone:  817.886.4430

7
    FOR THE DEFENDANTS:       MR. GEORGE LANCASTER, JR.
8   Dupree and Edwards        ASSISTANT FEDERAL PUBLIC DEFENDER
                              NORTHERN DISTRICT OF TEXAS
9                             819 Taylor Street, Room 9A10
                              Fort Worth, Texas  76102
10                            Telephone:  817.978.2753

11  COURT REPORTER:           MS. DEBRA G. SAENZ, CSR, RMR, CRR
                              501 W. 10th Street, Room 507
12                            Fort Worth, Texas  76102
                              Telephone:  817.850.6661
13                            E-Mail: debbie.saenz@yahoo.com

14

15

16

17

18  Proceedings reported by mechanical stenography, transcript

19  produced by computer.

20

21

22

23

24

25
```

**I N D E X**

PROCEEDINGS                                              PAGE

Admonishments.....................................  05

Guilty Pleas......................................  52-54

Court's Findings..................................  58

Reporter's Certificate............................  62

Word Index........................................  63

**P R O C E E D I N G S**

March 23, 2022 - 9:49 a.m.

*(Various participants wearing masks)*

1

2

3

4          *THE COURT:* All right.  We have several matters that

5   are set for rearraignment or guilty plea at arraignment.  So,

6   as I call your name, if you'll let me know where you are in

7   the courtroom.

8          We're going to do these all at once, as opposed to

9   doing them individually, mainly as a time-saving matter.  We

10   would be here all day if I took them up individually.  But,

11   for us to handle this most efficiently, I do ask that you

12   listen carefully to each of the questions and instructions,

13   and that when you answer, you answer in a good firm voice so

14   the court reporter and I can hear your responses.

15          Those of you wearing a mask, you are free to wear

16   the mask.  Just please make extra effort to speak up through

17   it.  You're also free to lower the mask, if you feel safe in

18   doing so, so that you can be heard better.

19          All right.  Let's begin with Cause Number

20   4:22-CR-60, United States versus Brandon Rivera.

21          Mr. Levi Thomas is present for the government in all

22   of these matters this morning.

23          Ms. Kara Carreras is present for Mr. Rivera.

24          Cause Number 4:21-CR-287, United States versus

25   Lorenzo Guy.

```
 1                 Mr. James Luster is present for the defense.
 2                 Cause Number 4:22-CR-38, United States versus
 3     Devonsha Richardson.
 4                 Did I say that correctly, sir?
 5                 DEFENDANT RICHARDSON:  Devonsha.
 6                 THE COURT:  Devonsha?  All right.  Thank you.
 7                 And Mr. Peter Smythe is present for the defense.
 8                 Cause Number 4:22-CR-67, United States versus Oshea
 9     Clarke.
10                 Did I pronounce your name correctly, sir?
11                 DEFENDANT CLARKE:  Yes.
12                 THE COURT:  Mr. Atticus Gill is present for the
13     defense.
14                 Cause Number 4:22-CR-36, United States versus Joseph
15     Dupree.  Who is Mr. -- you're Mr. Dupree.  Thank you, sir.
16                 Mr. George Lancaster is present on behalf of the
17     defense.
18                 And, finally, Cause Number 4:22-CR-37, United States
19     versus Trevon Edwards.
20                 DEFENDANT EDWARDS:  Yes, sir.
21                 THE COURT:  Thank you, sir.
22                 And Mr. Lancaster is also present for Mr. Edwards.
23                 Very good.  So, let me begin by having each of the
24     defendants placed under oath for this proceeding to answer the
25     questions.
```

```
 1            If the defendants would please stand for a moment,
 2    raise your right hand to the best of your ability and be sworn
 3    by my clerk.
 4            (Six (6) defendants sworn)
 5            THE COURT:  Thank you.  You may all be seated.
 6            I'm going to have the record reflect that each of
 7    you answered in the affirmative and you are now under oath.
 8            Would you please state your full name -- that's
 9    first middle and last -- for the record, beginning with
10    Mr. Rivera.
11            DEFENDANT RIVERA:  Brandon David Rivera.
12            THE COURT:  Very good.
13            Mr. Guy?
14            DEFENDANT GUY:  Lorenzo Valentino Guy.
15            THE COURT:  Okay.  I think you'll be fine not having
16    to stand up every time.  We're going to be going for 45
17    minutes or more.
18            DEFENDANT GUY:  Yes, sir.
19            THE COURT:  If you just speak up nice and loud, I
20    bet we can hear you.
21            DEFENDANT GUY:  Yes, sir.
22            THE COURT:  What was that middle name for me one
23    more time?
24            DEFENDANT GUY:  Valentino.
25            THE COURT:  Valentino.  Thank you, sir.
```

```
1              How about you, Mr. Richardson, your full name,
2    please.
3              DEFENDANT RICHARDSON:  Devonsha D'Anthoney
4    Richardson.
5              THE COURT:  Your middle name is D'Anthoney?
6              DEFENDANT RICHARDSON:  Yes, sir.
7              THE COURT:  And how is that spelled, sir?
8              DEFENDANT RICHARDSON:  D, apostrophe,
9    A-N-T-H-O-N-E-Y.
10             THE COURT:  Thank you.
11             Mr. Clarke?
12             DEFENDANT CLARKE:  Oshea Jaleel Clarke.
13             THE COURT:  And would you spell the middle name for
14   me?
15             DEFENDANT CLARKE:  J-A-L-E-E-L.
16             THE COURT:  Very good.  Thank you.
17             I'm going to have trouble hearing each of you unless
18   you speak up nice and loud.  It kind of gets lost in the
19   courtroom.  I may have some control over the speaker.  Let me
20   check.
21             Would you state your full name for our record,
22   Mr. Dupree?
23             DEFENDANT DUPREE:  Joseph Michael Dupree.
24             THE COURT:  Thank you, sir.
25             And you, Mr. Edwards?
```

1          *DEFENDANT EDWARDS:*  Trevon Shukur Edwards.

2          *THE COURT:*  And Shukur is S-H-A-K-U-R?

3          *DEFENDANT EDWARDS:*  No, sir.

4          *THE COURT:*  How is that spelled?

5          *DEFENDANT CLARKE:*  S-H-U-K-U-R.

6          *THE COURT:*  U-K-U-R?

7          *DEFENDANT EDWARDS:*  Yes, sir.

8          *THE COURT:*  All right.  Thank you.

9          All right.  Is your name spelled correctly in the

10   indictment or the information that has been returned against

11   you?

12          Mr. Rivera?

13          *DEFENDANT RIVERA:*  Yes.

14          *THE COURT:*  Mr. Guy?

15          *DEFENDANT GUY:*  Yes, sir.

16          *THE COURT:*  Mr. Richardson?

17          *DEFENDANT RICHARDSON:*  Yes, sir.

18          *THE COURT:*  Mr. Clarke?

19          *DEFENDANT CLARKE:*  Yes.

20          *THE COURT:*  Mr. Dupree?

21          *DEFENDANT DUPREE:*  Yes, sir.

22          *THE COURT:*  And Mr. Edwards?

23          *DEFENDANT EDWARDS:*  Yes, sir.

24          *THE COURT:*  Do each of you understand that you are

25   now under oath and if you answer any of the Court's questions

1  falsely, your answers could later be used against you in a

2  prosecution for perjury or for making a false statement?

3       Do you understand, Mr. Rivera?

4      *DEFENDANT RIVERA:*  Yes, I do.

5      *THE COURT:*  Mr. Guy?

6      *DEFENDANT GUY:*  Yes, sir.

7      *THE COURT:*  Mr. Richardson?

8      *DEFENDANT RICHARDSON:*  Yes, sir.

9      *THE COURT:*  Mr. Clarke?

10      *DEFENDANT CLARKE:*  Yes.

11      *THE COURT:*  Mr. Dupree?

12      *DEFENDANT DUPREE:*  Yes, sir.

13      *THE COURT:*  And Mr. Edwards?

14      *DEFENDANT EDWARDS:*  Yes, sir.

15      *THE COURT:*  I understand that each of you read,

16  write, and understand the English language, so that we don't

17  need an interpreter for these proceedings.

18      Do each of you understand that I am conducting this

19  hearing as the magistrate judge, rather than the district

20  judge in your case, and that's based on your consent; however,

21  the district judge in your case retains all final

22  decision-making authority over your plea, and it's the

23  district judge who will conduct any sentencing in your case.

24      Do you understand, Mr. Rivera?

25      *DEFENDANT RIVERA:*  Yes, sir.

```
1              THE COURT:  Mr. Guy?

2              DEFENDANT GUY:  Yes, sir.

3              THE COURT:  Mr. Richardson?

4              DEFENDANT RICHARDSON:  Yes, sir.

5              THE COURT:  Mr. Clarke?

6              DEFENDANT CLARKE:  Yes, sir.

7              THE COURT:  Mr. Dupree?

8              DEFENDANT DUPREE:  Yes, sir.

9              THE COURT:  And Mr. Edwards?

10             DEFENDANT EDWARDS:  Yes, sir.

11             THE COURT:  In each of your cases I've been provided

12   a document entitled Consent to Administration of Guilty Plea

13   by United States Magistrate Judge, and these consent forms

14   appear to be signed by each of you and your attorney.

15             Is it your signature on the consent form I've been

16   handed, Mr. Rivera?

17             DEFENDANT RIVERA:  Yes, sir.

18             THE COURT:  Mr. Guy?

19             DEFENDANT GUY:  Yes, sir.

20             THE COURT:  Mr. Richardson?

21             DEFENDANT RICHARDSON:  Yes, sir.

22             THE COURT:  Mr. Clarke?

23             DEFENDANT CLARKE:  Yes, sir.

24             THE COURT:  Mr. Dupree?

25             DEFENDANT DUPREE:  Yes, sir.
```

1          THE COURT:  Mr. Edwards?

2          DEFENDANT EDWARDS:  Yes, sir.

3          THE COURT:  Very well.  Then I'm signing on each

4    consent form that I accept your consent, and it's knowingly

5    and voluntarily given, that you have waived your right to

6    enter your guilty plea before the district judge and consented

7    to proceed before me in that plea today.

8          So, let me give you some general instructions.  You

9    may, if you choose, plead not guilty to any offense that's

10   charged against you or persist in that plea if it's already

11   been made.

12         And if you plead not guilty, the Constitution of the

13   United States guarantees you the following rights:

14         You have the right to a speedy and public jury trial

15   in this district.

16         You have the right at such a trial for you to

17   confront, that is, to see, hear, and cross-examine all

18   witnesses against you.

19         You have the right to use the power and the process

20   of this court to compel the production of any evidence,

21   including the attendance of any witnesses on your behalf.

22         You have the right to have the assistance of an

23   attorney at all stages of the proceedings, and if you could

24   not afford an attorney, the Court would appoint an attorney

25   for you, as has been done in some of these cases.

1          At such a trial, you could not be compelled to

2    testify and whether you would testify would be a matter in

3    which your judgment alone would control.

4          At such a trial, the United States would be required

5    to prove your guilt beyond a reasonable doubt, and if you were

6    found guilty, you would have the right to appeal that

7    conviction.

8          Do each of you understand that you have and are

9    guaranteed each of those constitutional rights?

10         Mr. Rivera?

11         *DEFENDANT RIVERA:*  Yes, sir.

12         *THE COURT:*  Mr. Guy?

13         *DEFENDANT GUY:*  Yes, sir.

14         *THE COURT:*  Mr. Richardson?

15         *DEFENDANT RICHARDSON:*  Yes, sir.

16         *THE COURT:*  Mr. Clarke?

17         *DEFENDANT CLARKE:*  Yes, sir.

18         *THE COURT:*  Mr. Dupree?

19         *DEFENDANT DUPREE:*  Yes, sir.

20         *THE COURT:*  And Mr. Edwards?

21         *DEFENDANT EDWARDS:*  Yes, sir.

22         *THE COURT:*  Okay.  Excuse me for one moment.

23         *(Bench Conference with Courtroom Deputy)*

24         *THE COURT:*  And just for the record, in the consent

25    by Mr. Clarke, there's a place for the United States

1    Attorney's signature.  I don't believe it's necessary.  So,

2    for the record, I'm going to mark through that in blue ink as

3    opposed to having it signed by the United States Attorney.

4              All right.  Further instructions.

5              On the other hand, if you plead guilty and your

6    guilty plea is accepted, there will not be a further trial of

7    any kind.  So, by pleading guilty, you would then waive your

8    right to a trial, as well as those rights that are associated

9    with a trial as we just discussed.

10             Do you understand that, Mr. Rivera?

11             *DEFENDANT RIVERA:*  Yes, sir.

12             *THE COURT:*  And Mr. Guy?

13             *DEFENDANT GUY:*  Yes, sir.

14             *THE COURT:*  Mr. Richardson?

15             *DEFENDANT RICHARDSON:*  Yes, sir.

16             *THE COURT:*  Mr. Clarke?

17             *DEFENDANT CLARKE:*  Yes, sir.

18             *THE COURT:*  Okay.  Mr. Dupree?

19             *DEFENDANT DUPREE:*  Yes, sir.

20             *THE COURT:*  And Mr. Edwards?

21             *DEFENDANT EDWARDS:*  Yes, sir.

22             *THE COURT:*  Generally, a defendant who is accused of

23   a crime cannot plead guilty unless he is actually guilty of

24   that crime.  In federal court, it's the judge who determines

25   the penalty when a defendant is convicted, whether that

1  conviction is on the basis of a jury verdict or upon a plea of

2  guilty.

3         The Court has not and will not talk to anyone about

4  the facts of your case, except here in your presence where you

5  and your attorney and representatives of the government are

6  all present; however, if a guilty verdict is entered, a

7  presentence report will be prepared and the district judge may

8  review that report with probation officers outside of your

9  presence.

10        If you plead guilty, you will be convicted; however,

11 you and your attorney each will be given an opportunity to

12 present to the Court any pleas for leniency.  The penalty will

13 be decided based upon the facts heard in court.

14        You should never depend or rely upon any promise or

15 statement by anyone, whether connected with law enforcement or

16 the government or anyone else, as to what sentence will be

17 imposed.

18        Should you decide to plead guilty, your plea of

19 guilty must not be induced or prompted by any promises,

20 pressure, threats, force, or coercion of any kind.  A plea of

21 guilty must be purely voluntary, and you should plead guilty

22 only because you are guilty and for no other reason.

23        Do each of you understand all of my explanations

24 about the process and the consequences of pleading guilty?

25        Mr. Rivera?

1              *DEFENDANT RIVERA:*  Yes, sir.

2              *THE COURT:*  Mr. Guy?

3              *DEFENDANT GUY:*  Yes, sir.

4              *THE COURT:*  Mr. Richardson?

5              *DEFENDANT RICHARDSON:*  Yes, sir.

6              *THE COURT:*  Mr. Clarke?

7              *DEFENDANT CLARKE:*  Yes, sir.

8              *THE COURT:*  Mr. Dupree?

9              *DEFENDANT DUPREE:*  Yes, sir.

10             *THE COURT:*  Mr. Edwards?

11             *DEFENDANT EDWARDS:*  Yes, sir.

12             *THE COURT:*  Under the Sentencing Reform Act of 1984,

13    as that has been construed by our Supreme Court, the United

14    States Sentencing Commission has issued advisory guidelines

15    for judges to consider in determining the sentence in a

16    criminal case.

17             Have each of you discussed with your attorney the

18    charges against you, how federal sentencing works, and how

19    those sentencing guidelines might apply in your case?

20             Have you done so, Mr. Rivera?

21             *DEFENDANT RIVERA:*  Yes, sir.

22             *THE COURT:*  Mr. Guy?

23             *DEFENDANT GUY:*  Yes, sir.

24             *THE COURT:*  Mr. Richardson?

25             *DEFENDANT RICHARDSON:*  Yes, sir.

1          THE COURT:  Mr. Clarke?

2          DEFENDANT CLARKE:  Yes, sir.

3          THE COURT:  Mr. Dupree?

4          DEFENDANT DUPREE:  Yes, sir.

5          THE COURT:  And Mr. Edwards?

6          DEFENDANT EDWARDS:  Yes, sir.

7          THE COURT:  Even so, I must inform you that in

8    determining a sentence, it is the Court's obligation to

9    calculate the applicable sentencing guideline range and to

10   consider that range, along with any possible departures under

11   the guidelines and any other sentencing factors under 18

12   U.S.C. Section 3553(a).

13          The Court is not bound by facts that may be

14   stipulated between you and your attorney on the one hand and

15   the government on the other.  The Court can impose punishment

16   that might disregard stipulated facts or take into account

17   facts that are not mentioned in stipulations, and in that

18   event, you might not even be permitted to withdraw your plea

19   of guilty.

20          The Court will not be able to determine the proper

21   guideline range for your case until after that presentence

22   report has been completed and both you and the government have

23   had an opportunity to challenge the facts and the conclusions

24   that are in that report.

25          After the Court has determined the proper guideline

```
1   range for your case, the Court has the authority to impose a
2   sentence that is above, below, or within the guideline range,
3   as long as the sentence imposed is reasonable and it's based
4   upon the facts and the law.
5           You have the right to appeal the sentence the Court
6   imposes, unless you waive that right.
7           And under some circumstances, the government also
8   has the right to appeal.
9           Finally, I inform you that within our federal
10  system, parole has been abolished, so that if you are
11  sentenced to imprisonment, you will not be released on parole.
12          Do each of you understand all of the explanations
13  I've given with regard to sentencing?
14          Mr. Rivera?
15          DEFENDANT RIVERA:  Yes, sir.
16          THE COURT:  Mr. Guy?
17          DEFENDANT GUY:  Yes, sir.
18          THE COURT:  Mr. Richardson?
19          DEFENDANT RICHARDSON:  Yes, sir.
20          THE COURT:  Mr. Clarke?
21          DEFENDANT CLARKE:  Yes, sir.
22          THE COURT:  Mr. Dupree?
23          DEFENDANT DUPREE:  Yes, sir.
24          THE COURT:  And Mr. Edwards?
25          DEFENDANT EDWARDS:  Yes, sir.
```

```
 1              THE COURT:  All right.  At this time, let me ask
 2   some more individualized questions.
 3              First, how old are you?
 4              Mr. Rivera?
 5              DEFENDANT RIVERA:  18.
 6              THE COURT:  Mr. Guy?
 7              DEFENDANT GUY:  36.
 8              THE COURT:  Mr. Richardson?
 9              DEFENDANT RICHARDSON:  29.
10              THE COURT:  Mr. Clarke?
11              DEFENDANT CLARKE:  21.
12              THE COURT:  Mr. Dupree?
13              DEFENDANT DUPREE:  37.
14              THE COURT:  Mr. Edwards?
15              DEFENDANT EDWARDS:  21.
16              THE COURT:  And how far did each of you go in school
17   with your formal education?
18              Mr. Rivera?
19              DEFENDANT RIVERA:  I'm still in high school.
20              THE COURT:  Mr. Guy?
21              DEFENDANT GUY:  High school.
22              THE COURT:  Mr. Richardson?
23              DEFENDANT RICHARDSON:  GED in TDC.
24              THE COURT:  Okay.  Thank you.
25              Mr. Clarke?
```

1          *DEFENDANT CLARKE:*  High school diploma.

2          *THE COURT:*  Mr. Dupree?

3          *DEFENDANT DUPREE:*  College.

4          *THE COURT:*  Graduate college or some college?

5          *DEFENDANT DUPREE:*  I have an associate's.

6          *THE COURT:*  Okay.  Thank you, sir.

7          And Mr. Edwards?

8          *DEFENDANT EDWARDS:*  Tenth grade.

9          *THE COURT:*  Are you currently or within the last six

10    months have you been under the care of a physician or a

11    psychiatrist?

12          Mr. Rivera?

13          *DEFENDANT RIVERA:*  No, sir.

14          *THE COURT:*  Okay.  Mr. Guy?

15          *DEFENDANT GUY:*  No, sir.

16          *THE COURT:*  Mr. Richardson?

17          *DEFENDANT RICHARDSON:*  No, sir.

18          *THE COURT:*  Mr. Clarke?

19          *DEFENDANT CLARKE:*  No, sir.

20          *THE COURT:*  Mr. Dupree?

21          *DEFENDANT DUPREE:*  No, sir.

22          *THE COURT:*  How about you, Mr. Edwards?

23          *DEFENDANT EDWARDS:*  No, sir.

24          *THE COURT:*  Have any of you been recently

25    hospitalized or treated for narcotics addiction or alcoholism?

```
1              Mr. Rivera?

2              DEFENDANT RIVERA:  No, sir.

3              THE COURT:  Mr. Guy?

4              DEFENDANT GUY:  No, sir.

5              THE COURT:  Mr. Richardson?

6              DEFENDANT RICHARDSON:  No, sir.

7              THE COURT:  Mr. Clarke?

8              DEFENDANT CLARKE:  No, sir.

9              THE COURT:  Mr. Dupree?

10             DEFENDANT DUPREE:  No, sir.

11             THE COURT:  And Mr. Edwards?

12             DEFENDANT EDWARDS:  No, sir.

13             THE COURT:  Are you now under the influence of

14  alcohol or any narcotic drug?

15             Mr. Rivera?

16             DEFENDANT RIVERA:  No, sir.

17             THE COURT:  Mr. Guy?

18             DEFENDANT GUY:  No, sir.

19             THE COURT:  Mr. Richardson?

20             DEFENDANT RICHARDSON:  No, sir.

21             THE COURT:  Mr. Clarke?

22             DEFENDANT CLARKE:  No, sir.

23             THE COURT:  Mr. Dupree?

24             DEFENDANT DUPREE:  No, sir.

25             THE COURT:  Mr. Edwards?
```

| | |
|---|---|
| 1 | *DEFENDANT EDWARDS:*  No, sir. |
| 2 | *THE COURT:*  Do any of you suffer from any emotional |
| 3 | or mental disability? |
| 4 | Mr. Rivera? |
| 5 | *DEFENDANT RIVERA:*  No, sir. |
| 6 | *THE COURT:*  Mr. Guy? |
| 7 | *DEFENDANT GUY:*  No, sir. |
| 8 | *THE COURT:*  Mr. Richardson? |
| 9 | *DEFENDANT RICHARDSON:*  No, sir. |
| 10 | *THE COURT:*  Mr. Clarke? |
| 11 | *DEFENDANT CLARKE:*  No, sir. |
| 12 | *THE COURT:*  Mr. Dupree? |
| 13 | *DEFENDANT DUPREE:*  No, sir. |
| 14 | *THE COURT:*  Mr. Edwards? |
| 15 | *DEFENDANT EDWARDS:*  No, sir. |
| 16 | *THE COURT:*  Are you of sound mind and do you fully |
| 17 | understand what it is we're doing here this morning? |
| 18 | Mr. Rivera? |
| 19 | *DEFENDANT RIVERA:*  Yes, sir. |
| 20 | *THE COURT:*  Mr. Guy? |
| 21 | *DEFENDANT GUY:*  Yes, sir. |
| 22 | *THE COURT:*  Mr. Richardson? |
| 23 | *DEFENDANT RICHARDSON:*  Yes, sir. |
| 24 | *THE COURT:*  Mr. Clarke? |
| 25 | *DEFENDANT CLARKE:*  Yes, sir. |

```
1              THE COURT:  Mr. Dupree?

2              DEFENDANT DUPREE:  Yes, sir.

3              THE COURT:  Mr. Edwards?

4              DEFENDANT EDWARDS:  Yes, sir.

5              THE COURT:  Very well.  Let me ask defense counsel:

6    Do you have any reason to believe your client is not fully

7    competent to enter a plea of guilty?

8              Ms. Carreras?

9              MS. CARRERAS:  I do not, Your Honor.

10             THE COURT:  Mr. Luster?

11             MR. LUSTER:  No, Your Honor.

12             THE COURT:  Mr. Smythe?

13             MR. SMYTHE:  No, Your Honor.

14             THE COURT:  Mr. Gill?

15             MR. GILL:  No, Your Honor.

16             THE COURT:  Mr. Lancaster, as to either client?

17             MR. LANCASTER:  No, Your Honor.

18             THE COURT:  And then, do each of you believe that

19   the guilty plea your client proposes to make will be a knowing

20   and voluntary plea?

21             Ms. Carreras?

22             MS. CARRERAS:  I do, Your Honor.

23             THE COURT:  Mr. Luster?

24             MR. LUSTER:  Yes, Your Honor.

25             THE COURT:  Mr. Smythe?
```

1        *MR. SMYTHE:*  Yes, Your Honor.

2        *THE COURT:*  Mr. Gill?

3        *MR. GILL:*  Yes, Your Honor.

4        *THE COURT:*  And Mr. Lancaster, as to both?

5        *MR. LANCASTER:*  Yes, Your Honor.

6        *THE COURT:*  Defendants Rivera, Guy, Clarke, and

7   Dupree, each of you are pleading today pursuant to an

8   information filed against you, so I need to go over that

9   process with those defendants for just a few moments.

10       Each of you are charged with a felony offense, and

11  under the United States Constitution, you may not be charged

12  with a felony unless a grand jury finds by the return of an

13  indictment that there's probable cause to believe that the

14  felony offense occurred and that you committed it.

15       However, you may waive your right to indictment by

16  the grand jury and consent to being charged by way of an

17  information that's filed by the United States Attorney's

18  Office.  The felony charges against those defendants I named

19  have been brought by the filing of just such an information.

20       If you do not waive indictment and the government

21  wishes to pursue these charges against you, then the

22  government must present its case to a grand jury and request

23  the grand jury to return an indictment on those charges.

24       A grand jury is composed of at least 16 but not more

25  than 23 persons, and at least 12 grand jurors must find that

1    there's probable cause to believe you committed the offense

2    with which you are charged before you would be indicted.

3            So, a grand jury might or it might not indict you on

4    these charges, but if you waive indictment by the grand jury,

5    the case will proceed against you based on the information

6    filed by the United States Attorney just as though you have

7    been indicted.

8            So, let me ask you:  Have each of you discussed with

9    your attorney the matter of waiving your right to indictment

10   by the grand jury, and do you fully understand that right?

11           Mr. Rivera?

12           *DEFENDANT RIVERA:*  Yes, sir.

13           *THE COURT:*  Mr. Guy?

14           *DEFENDANT GUY:*  Yes, sir.

15           *THE COURT:*  Mr. Clarke?

16           *DEFENDANT CLARKE:*  Yes, sir.

17           *THE COURT:*  And Mr. Dupree?

18           *DEFENDANT DUPREE:*  Yes, sir.

19           *THE COURT:*  Have any threats or promises been made

20   in an effort to induce you to waive indictment?

21           Mr. Rivera?

22           *DEFENDANT RIVERA:*  No, sir.

23           *THE COURT:*  Mr. Guy?

24           *DEFENDANT GUY:*  No, sir.

25           *THE COURT:*  Mr. Clarke?

1          *DEFENDANT CLARKE:*  No, sir.

2          *THE COURT:*  Mr. Dupree?

3          *DEFENDANT DUPREE:*  No, sir.

4          *THE COURT:*  All right.  Thank you.

5          And do you wish to waive your right to indictment by

6   the grand jury?

7          Mr. Rivera?

8          *DEFENDANT RIVERA:*  Yes, sir.

9          *THE COURT:*  Mr. Guy?

10          *DEFENDANT GUY:*  Yes, sir.

11          *THE COURT:*  Mr. Clarke?

12          *DEFENDANT CLARKE:*  Yes, sir.

13          *THE COURT:*  And Mr. Dupree?

14          *DEFENDANT DUPREE:*  Yes, sir.

15          *THE COURT:*  To defense counsel:  Do you see any

16   reason why your client should not waive indictment?

17          Ms. Carreras?

18          *MS. CARRERAS:*  No, Your Honor.

19          *THE COURT:*  Mr. Luster?

20          *MR. LUSTER:*  No, Your Honor.

21          *THE COURT:*  Mr. Gill?

22          *MR. GILL:*  No, Your Honor.

23          *THE COURT:*  Mr. Lancaster?

24          *MR. LANCASTER:*  No, Your Honor.

25          *THE COURT:*  And is such waiver consistent with your

```
1    advice?

2              Ms. Carreras?

3              MS. CARRERAS:  It is, Your Honor.

4              THE COURT:  Mr. Luster?

5              MR. LUSTER:  Yes, Your Honor.

6              THE COURT:  Mr. Gill?

7              MR. GILL:  It is.

8              THE COURT:  And Mr. Lancaster?

9              MR. LANCASTER:  Yes, Your Honor.

10             THE COURT:  Finally, on this topic, there's a

11   written waiver of indictment form that has been provided to

12   the Court in each of those cases.

13             Mr. Rivera, yours is dated March 1 of 2022,

14   apparently when you and Ms. Carreras signed yours.

15             March 10 is the date on yours, Mr. Guy.

16             March 22nd on yours, Mr. Clarke.

17             And it looks like today's date on yours, Mr. Dupree.

18             I just want to confirm:  It's your signature on the

19   written waiver of indictment form?

20             Mr. Rivera?

21             DEFENDANT RIVERA:  Yes, sir.

22             THE COURT:  Mr. Guy?

23             DEFENDANT GUY:  Yes, sir.

24             THE COURT:  Mr. Clarke?

25             DEFENDANT CLARKE:  Yes, sir.
```

```
1              THE COURT:  And Mr. Dupree?

2              DEFENDANT DUPREE:  Yes, sir.

3              THE COURT:  Okay.  I find that each of those

4    defendants has knowingly and voluntarily waived his right to

5    indictment by the grand jury, and it is accepted here in open

6    court by myself.  I will order that those written waivers be

7    filed with the other papers in your case.

8              Have you received a copy of your one-count

9    information, Mr. Rivera?

10             DEFENDANT RIVERA:  Yes, sir.

11             THE COURT:  Your two-count information in your case,

12   Mr. Guy?

13             DEFENDANT GUY:  Yes, sir.

14             THE COURT:  Have you received your two-count

15   indictment in your case, Mr. Richardson?

16             DEFENDANT RICHARDSON:  Yes, sir.

17             THE COURT:  Your two-count information in your case,

18   Mr. Clarke?

19             DEFENDANT CLARKE:  Yes, sir.

20             THE COURT:  Your one-count superseding information

21   in your case, Mr. Dupree?

22             DEFENDANT DUPREE:  Yes, sir.

23             THE COURT:  And you received a copy of the

24   three-count indictment in your case, Mr. Edwards?

25             DEFENDANT EDWARDS:  Yes, sir.
```

```
 1              THE COURT:  Have each of you read the indictment or
 2     had it read to you -- or information, sorry.  Let me start
 3     over.
 4              Have each of you read your charges, or had them read
 5     to you, and do you fully understand the nature of the charges
 6     against you?
 7              Mr. Rivera?
 8              DEFENDANT RIVERA:  Yes, sir.
 9              THE COURT:  Mr. Guy?
10              DEFENDANT GUY:  Yes, sir.
11              THE COURT:  Mr. Richardson?
12              DEFENDANT RICHARDSON:  Yes, sir.
13              THE COURT:  Mr. Clarke?
14              DEFENDANT CLARKE:  Yes, sir.
15              THE COURT:  Mr. Dupree?
16              DEFENDANT DUPREE:  Yes, sir.
17              THE COURT:  And Mr. Edwards?
18              DEFENDANT EDWARDS:  Yes, sir.
19              THE COURT:  It would be appropriate at this time for
20     the United States Attorney to read the counts of the
21     information or indictment that you intend to plead to here
22     into the record; however, because you understand the charges
23     against you, as a time-saving matter, I will allow you to
24     waive the reading of your charges.
25              Do you wish to waive that reading?
```

1          Mr. Rivera?

2          *DEFENDANT RIVERA:*  Yes, sir.

3          *THE COURT:*  Mr. Guy?

4          *DEFENDANT GUY:*  Yes, sir.

5          *THE COURT:*  Mr. Richardson?

6          *DEFENDANT RICHARDSON:*  Yes, sir.

7          *THE COURT:*  Mr. Clarke?

8          *DEFENDANT CLARKE:*  Yes, sir.

9          *THE COURT:*  Mr. Dupree?

10         *DEFENDANT DUPREE:*  Yes, sir.

11         *THE COURT:*  And Mr. Edwards?

12         *DEFENDANT EDWARDS:*  Yes, sir.

13         *THE COURT:*  I will not require the charges to be

14    read.

15         You also have the right to have explained to you

16    what are called the essential elements of your offense.  This

17    is what the government would be required to prove at your

18    trial.

19         These are set forth in a factual resume in each case

20    that we'll talk about again a little bit later, but if you

21    want to look on, these essential elements are in that factual

22    resume.

23         I'm going to call upon the United States Attorney to

24    set forth the essential elements in each case for the charge

25    to which the defendant proposes to plead.  You may group these

1    as appropriate.

2            And I ask the defendants, please listen carefully as

3    your case is called.

4            *MR. THOMAS:*  As to Mr. Brandon Rivera, the elements

5    the government must prove as to Count 1 are:

6            First, that the defendant and at least one other

7    person agreed to transfer a firearm in violation of the

8    National Firearms Act, as charged in the information.

9            Second, that the defendant knew the unlawful purpose

10   of the agreement and joined in it willfully, that is, with the

11   intent to further the unlawful purpose.

12           And third, that at least one of the conspirators,

13   during the existence of the conspiracy, knowingly committed at

14   least one overt act in order to accomplish some object or

15   purpose of the conspiracy.

16           In addition, the essential elements of the object of

17   the conspiracy, transfer of firearms in violation of the

18   National Firearms Act, are:

19           First, that the defendant knowingly transferred a

20   firearm.

21           Second, that the firearm was a machine gun, as

22   defined in 26 U.S.C. Section 5845(b).

23           Third, that the defendant knew of the

24   characteristics of the firearm, namely, that it was a part

25   designed and intended solely and exclusively, or a combination

1    of parts designed and intended, for use in converting a weapon

2    into a machine gun.

3            Fourth, that the firearm was or could readily have

4    been put in operating condition.

5            And fifth, that prior to transferring the firearm,

6    the defendant did not submit an application, obtain approval,

7    or pay the requisite tax as required by 26 U.S.C. Sections

8    5811 through 12, and it does not matter whether the defendant

9    knew that application, approval, and payment of a tax was

10   required.

11           *THE COURT:*  Mr. Rivera, do you understand and admit

12   that you committed all of the essential elements of that

13   offense?

14           *DEFENDANT RIVERA:*  Yes, sir.

15           *THE COURT:*  All right.

16           *MR. THOMAS:*  As to Mr. Guy, the government -- the

17   essential elements that the government must prove as to Count

18   1 are:

19           That the defendant and at least one other person

20   made an agreement to commit the crime of wire fraud in

21   violation of 18 U.S.C. Section 1343, as charged in the

22   superseding information.

23           Second, that the defendant knew the unlawful purpose

24   of the agreement and joined in it willfully, that is, with the

25   intent to further the unlawful purpose.

1          And third, that one of the conspirators, during the

2  existence of the conspiracy, knowingly committed at least one

3  of the overt acts described in the superseding information in

4  order to accomplish some object or purpose of the conspiracy.

5          In addition, the elements of wire fraud, the object

6  of the Count 1 offense are:

7          First, that a scheme to defraud existed.

8          Second, that the scheme to defraud employed false

9  material representations or pretenses.

10          Third, that the defendant transmitted or caused to

11  be transmitted by way of wire communications in interstate or

12  foreign commerce any writing, signal, or sound for the purpose

13  of executing such scheme.

14          And fourth, that the defendant acted with a specific

15  intent to defraud.

16          In addition, as to Count 2, the elements that the

17  government must prove are as follows:

18          First, that the defendant knowingly transferred --

19          *THE COURT:*  Let me stop you for just a second.  I'm

20  looking at the factual resume, and it only sets forth Count 1,

21  I believe, doesn't it, or is it both -- it is Counts 1 and 2,

22  I'm sorry.  That's my mistake.  Please continue.

23          *MR. THOMAS:*  As to Count 2, the essential elements

24  are:

25          First, that the defendant knowingly transferred,

1    possessed, or used a means of identification of another

2    person.

3              Second, that the defendant did so without lawful

4    authority.

5              Third, that the defendant transferred, possessed, or

6    used the means of identification of another person during and

7    in relation to wire fraud, in violation of 18 U.S.C. Section

8    1343.

9              And fourth, that the defendant knew that the means

10   of identification belonged to another real person, living or

11   dead.

12             THE COURT:  All right.  Thank you.

13             Mr. Guy, do you understand and admit that you

14   committed all of the essential elements of those offenses?

15             DEFENDANT GUY:  Yes, sir.

16             THE COURT:  Okay.

17             MR. THOMAS:  As to Mr. Richardson, the essential

18   elements which must be proved in order to establish the

19   offense charged in Count 2 of the indictment are:

20             First, that the defendant attempted to or did obtain

21   property from another without the person's consent.

22             Second, that the defendant did so by wrongful use of

23   actual or threatened force, violence, or fear.

24             And third, that the defendant's conduct in any way

25   or degree obstructed or affected commerce.

1          THE COURT:  Mr. Richardson, do you understand and

2    admit that you committed all of the essential elements of that

3    offense?

4          DEFENDANT RICHARDSON:  Yes, sir.

5          MR. THOMAS:  As to Mr. Clarke, the elements that

6    must be proved as to Count 1 of the information are:

7          First, that the defendant committed a

8    drug-trafficking crime.

9          Second, that the defendant knowingly used or carried

10   a firearm during and in relation to the defendant's commission

11   of the drug-trafficking crime.

12         In addition, the elements of the drug-trafficking

13   crime at issue are:

14         First, that the defendant knowingly possessed a

15   controlled substance.

16         Second, that the substance was, in fact, alprazolam.

17         And third, that the defendant possessed the

18   substance with intent to distribute it.

19         In addition, as to Count 2 of the information, the

20   elements the government must prove are:

21         First, that the defendant knowingly possessed a

22   machine gun.

23         And second, the defendant knew or was aware of the

24   essential characteristics of the firearm, which made it a

25   machine gun as defined by Section 921(a).

1          THE COURT:  Mr. Clarke, do you understand and admit

2     that you committed all of the essential elements of the

3     offenses against you?

4          DEFENDANT CLARKE:  Yes, sir.

5          MR. THOMAS:  As to Mr. Dupree, the elements which

6     must be proved in order to establish Count 1 of the

7     superseding information are:

8          First, that the defendant knowingly possessed a

9     firearm as charged.

10          Second, that the firearm was stolen.

11          Third, that the defendant knew the firearm was

12     stolen.

13          And fourth, that the firearm possessed traveled in

14     and affected interstate or foreign commerce, that is, before

15     the defendant possessed the firearm, it had traveled at some

16     time from one state to another or between any part of the

17     United States and any other country.

18          THE COURT:  All right.  Mr. Dupree, do you

19     understand and admit that you committed all of the essential

20     elements of that offense, sir?

21          DEFENDANT DUPREE:  Yes, sir.

22          MR. THOMAS:  And as to Mr. Edwards, the elements

23     that must be proven to establish Count 1 of the indictment

24     are:

25          First, that the defendant and at least one other

1   person agreed to commit the crime of affecting commerce by

2   robbery, as charged in the indictment.

3           Second, that the defendant knew the unlawful purpose

4   of the agreement and joined in it willfully, that is, with the

5   intent to further the unlawful purpose.

6           Third, that the robbery contemplated by the

7   agreement would affect interstate or foreign commerce in some

8   way.

9           And fourth, that one of the conspirators, during the

10  existence of the conspiracy, knowingly committed at least one

11  of the overt acts described in the indictment in order to

12  accomplish some object or purpose of the conspiracy.

13          *THE COURT:*  Mr. Edwards, do you understand and admit

14  that you committed all of the essential elements of that

15  offense?

16          *DEFENDANT EDWARDS:*  Yes, sir.

17          *THE COURT:*  Each of you have -- well, each of you

18  are appearing here today with your counsel.  You've indicated

19  to me that you've discussed with your attorney the charges

20  against you, the matter of federal sentencing, and how the

21  sentencing guidelines might apply in your case.

22          Are each of you fully satisfied with the legal

23  representation and advice that you've received from your

24  attorney in your case?

25          Mr. Rivera?

Debbie Saenz, CSR, RMR, CRR, TCRR
United States District Court
(817) 850-6661

1      *DEFENDANT RIVERA:*  Yes, sir.

2      *THE COURT:*  Mr. Guy?

3      *DEFENDANT GUY:*  Yes, sir.

4      *THE COURT:*  Mr. Richardson?

5      *DEFENDANT RICHARDSON:*  Yes, sir.

6      *THE COURT:*  Mr. Clarke?

7      *DEFENDANT CLARKE:*  Yes, sir.

8      *THE COURT:*  Mr. Dupree?

9      *DEFENDANT DUPREE:*  Yes, sir.

10      *THE COURT:*  And Mr. Edwards?

11      *DEFENDANT EDWARDS:*  Yes, sir.

12      *THE COURT:*  There are plea agreements in all but

13  Mr. Richardson's case, so I need to go over some documents

14  with the other defendants that I have been presented.

15          So, I have a plea agreement with waiver of appeal

16  for Mr. Rivera.  I do not see a supplement in that matter.

17          For Mr. Guy, I have a plea agreement with waiver of

18  appeal, along with a plea agreement supplement.

19          For Mr. Clarke, I have a plea agreement with waiver

20  of appeal, also a plea agreement supplement.

21          For Mr. Dupree, yours is entitled plea agreement.

22          And for Mr. Edwards, it's entitled plea agreement

23  with waiver of appeal, and there is a supplement in your case

24  as well.

25          So, for these next questions, when I refer to your

 1  plea agreement or plea documents, those are the documents in

 2  each case that I'm referring to.

 3          So, first, is it your signature that appears on your

 4  plea documents?

 5          Mr. Rivera?

 6          *DEFENDANT RIVERA:*  Yes, sir.

 7          *THE COURT:*  Mr. Guy?

 8          *DEFENDANT GUY:*  Yes, sir.

 9          *THE COURT:*  Mr. Clarke?

10          *DEFENDANT CLARKE:*  Yes, sir.

11          *THE COURT:*  Mr. Dupree?

12          *DEFENDANT DUPREE:*  Yes, sir.

13          *THE COURT:*  And Mr. Edwards?

14          *DEFENDANT EDWARDS:*  Yes, sir.

15          *THE COURT:*  Did each of you read or have read to you

16  your plea documents, and do you fully understand these

17  documents?

18          Mr. Rivera?

19          *DEFENDANT RIVERA:*  Yes, sir.

20          *THE COURT:*  Mr. Guy?

21          *DEFENDANT GUY:*  Yes, sir.

22          *THE COURT:*  Mr. Clarke?

23          *DEFENDANT CLARKE:*  Yes, sir.

24          *THE COURT:*  Mr. Dupree?

25          *DEFENDANT DUPREE:*  Yes, sir.

```
 1                THE COURT:  And Mr. Edwards?

 2                DEFENDANT EDWARDS:  Yes, sir.

 3                THE COURT:  By placing your signature upon the plea

 4     documents, are you asking the Court to accept and approve your

 5     agreement with the government?

 6                Mr. Rivera?

 7                DEFENDANT RIVERA:  Yes, sir.

 8                THE COURT:  Mr. Guy?

 9                DEFENDANT GUY:  Yes, sir.

10                THE COURT:  Mr. Clarke?

11                DEFENDANT CLARKE:  Yes, sir.

12                THE COURT:  Mr. Dupree?

13                DEFENDANT DUPREE:  Yes, sir.

14                THE COURT:  And Mr. Edwards?

15                DEFENDANT EDWARDS:  Yes, sir.

16                THE COURT:  Each of the plea agreements does have a

17     waiver of appeal paragraph.  It is paragraph 13 for

18     Mr. Rivera; 12 in yours, Mr. Guy; and yours, Mr. Clarke; also

19     12 for you, Mr. Dupree; and paragraph 12 in yours,

20     Mr. Edwards.

21                I simply want to direct your attention specifically

22     to the waiver of appeal paragraph to ask:

23                Did you read and fully understand the waiver of

24     appeal paragraph and did you discuss it with your attorney?

25                Mr. Rivera?
```

1          *DEFENDANT RIVERA:*  Yes, sir.

2          *THE COURT:*  Mr. Guy?

3          *DEFENDANT GUY:*  Yes, sir.

4          *THE COURT:*  Mr. Clarke?

5          *DEFENDANT CLARKE:*  Yes, sir.

6          *THE COURT:*  Mr. Dupree?

7          *DEFENDANT DUPREE:*  Yes, sir.

8          *THE COURT:*  And Mr. Edwards?

9          *DEFENDANT EDWARDS:*  Yes, sir.

10          *THE COURT:*  Do you knowingly and voluntarily waive

11  your right to appeal as set forth in that paragraph of your

12  plea agreement?

13          Mr. Rivera?

14          *DEFENDANT RIVERA:*  Yes, sir.

15          *THE COURT:*  Mr. Guy?

16          *DEFENDANT GUY:*  Yes, sir.

17          *THE COURT:*  Mr. Clarke?

18          *DEFENDANT CLARKE:*  Yes, sir.

19          *THE COURT:*  Mr. Dupree?

20          *DEFENDANT DUPREE:*  Yes, sir.

21          *THE COURT:*  And Mr. Edwards?

22          *DEFENDANT EDWARDS:*  Yes, sir.

23          *THE COURT:*  Are all of the terms of your agreement

24  with the government set forth in the plea agreement and any

25  supplement?

```
1              Mr. Rivera?

2              DEFENDANT RIVERA:  Yes, sir.

3              THE COURT:  Mr. Guy?

4              DEFENDANT GUY:  Yes, sir.

5              THE COURT:  Mr. Clarke?

6              DEFENDANT CLARKE:  Yes, sir.

7              THE COURT:  Mr. Dupree?

8              DEFENDANT DUPREE:  Yes, sir.

9              THE COURT:  And Mr. Edwards?

10             DEFENDANT EDWARDS:  Yes, sir.

11             THE COURT:  And did you voluntarily and of your own

12     free will enter into this plea agreement with the government?

13             Mr. Rivera?

14             DEFENDANT RIVERA:  Yes, sir.

15             THE COURT:  Mr. Guy?

16             DEFENDANT GUY:  Yes, sir.

17             THE COURT:  Mr. Clarke?

18             DEFENDANT CLARKE:  Yes, sir.

19             THE COURT:  Mr. Dupree?

20             DEFENDANT DUPREE:  Yes, sir.

21             THE COURT:  And Mr. Edwards?

22             DEFENDANT EDWARDS:  Yes, sir.

23             THE COURT:  Finally, other than the written plea

24     agreement and supplement, has anyone made any promise or

25     assurance to you of any kind in an effort to induce you to
```

1    enter a plea of guilty in your case?

2         Mr. Rivera?

3         *DEFENDANT RIVERA:*  No, sir.

4         *THE COURT:*  Mr. Guy?

5         *DEFENDANT GUY:*  No, sir.

6         *THE COURT:*  Mr. Clarke?

7         *DEFENDANT CLARKE:*  No, sir.

8         *THE COURT:*  Mr. Dupree?

9         *DEFENDANT DUPREE:*  No, sir.

10        *THE COURT:*  Mr. Edwards?

11        *DEFENDANT EDWARDS:*  No, sir.

12        *THE COURT:*  For you, Mr. Richardson, has anyone made

13   any promise or assurance to you of any kind --

14        *DEFENDANT RICHARDSON:*  No, sir.

15        *THE COURT:*  -- in an effort to induce you to enter a

16   plea of guilty?

17        *DEFENDANT RICHARDSON:*  No, sir.

18        *THE COURT:*  I'm going to order the filing of the

19   plea agreements and the supplements in those other cases to

20   the extent not already on file.

21        Let me ask all defendants:  Has anyone mentally,

22   physically, or in any other way attempted to force you to

23   plead guilty in your case?

24        Mr. Rivera?

25        *DEFENDANT RIVERA:*  No, sir.

```
1              THE COURT:  Mr. Guy?

2              DEFENDANT GUY:  No, sir.

3              THE COURT:  Mr. Richardson?

4              DEFENDANT RICHARDSON:  No, sir.

5              THE COURT:  Mr. Clarke?

6              DEFENDANT CLARKE:  No, sir.

7              THE COURT:  Mr. Dupree?

8              DEFENDANT DUPREE:  No, sir.

9              THE COURT:  Mr. Edwards?

10             DEFENDANT EDWARDS:  No, sir.

11             THE COURT:  Are you a citizen of these United

12   States?

13             Mr. Rivera?

14             DEFENDANT RIVERA:  Yes, sir.

15             THE COURT:  Mr. Guy?

16             DEFENDANT GUY:  Yes, sir.

17             THE COURT:  Mr. Richardson?

18             DEFENDANT RICHARDSON:  Yes, sir.

19             THE COURT:  And Mr. Clarke?

20             DEFENDANT CLARKE:  Yes, sir.

21             THE COURT:  Mr. Dupree?

22             DEFENDANT DUPREE:  Yes, sir.

23             THE COURT:  Mr. Edwards?

24             DEFENDANT EDWARDS:  Yes, sir.

25             THE COURT:  Since you're all citizens, I need to
```

```
1    inform you that the offense to which you're pleading guilty is
2    a felony, and conviction of a felony may deprive you of
3    valuable rights of citizenship, such as the right to vote, to
4    ever hold public office or serve on a jury, to ever possess
5    any kind of firearm, and other valuable rights.
6                Do each of you understand that consequence?
7                Mr. Rivera?
8                DEFENDANT RIVERA:  Yes, sir.
9                THE COURT:  Mr. Guy?
10               DEFENDANT GUY:  Yes, sir.
11               THE COURT:  Mr. Richardson?
12               DEFENDANT RICHARDSON:  Yes, sir.
13               THE COURT:  Mr. Clarke?
14               DEFENDANT CLARKE:  Yes, sir.
15               THE COURT:  Mr. Dupree?
16               DEFENDANT DUPREE:  Yes, sir.
17               THE COURT:  And Mr. Edwards?
18               DEFENDANT EDWARDS:  Yes, sir.
19               THE COURT:  At this time, I'll call upon Mr. Thomas
20   to set forth the potential penalties for and consequences of
21   conviction in each case for the charge or charges to which
22   each defendant proposes to plead guilty.
23               Please, again, listen carefully as your case is
24   called.
25               MR. THOMAS:  As to Mr. Rivera, the penalties the
```

1  Court can impose are:

2          Imprisonment for a period not to exceed 5 years; a

3  fine not to exceed $250,000; a term of supervised release of

4  not more than 3 years, which may be mandatory under the law

5  and will follow any term of imprisonment; and if the defendant

6  violates any condition of supervised release, the Court may

7  revoke such release term and require the defendant to serve an

8  additional period of confinement; a mandatory special

9  assessment of $100; forfeiture of firearms and ammunition; and

10 costs of incarceration and supervision.

11         *THE COURT:*  Mr. Rivera, do you understand that if

12 you plead guilty, you may be subject to those penalties and

13 consequences just explained?

14         *DEFENDANT RIVERA:*  Yes, sir.

15         *THE COURT:*  Thank you.

16         *MR. THOMAS:*  As to Mr. Guy, the penalties the Court

17 can impose as to Count 1 include:

18         Imprisonment for a period not to exceed 5 years; a

19 fine not to exceed $250,000, or twice any pecuniary gain to

20 the defendant or loss to the victims; a term of supervised

21 release not to exceed 3 years, which may be mandatory under

22 the law and will follow any term of imprisonment; if the

23 defendant violates any condition of supervised release, the

24 Court may revoke such release term and require that the

25 defendant serve any or all of such term as an additional

1    period of confinement; a mandatory special assessment of $100;

2    restitution to victims or to the community, which may be

3    mandatory under the law, and which the defendant agrees may

4    include restitution arising from all relevant conduct;

5    forfeiture; and costs of incarceration and supervision.

6              In addition, the penalties the Court can impose on

7    Count 2 include:

8              A mandatory term of imprisonment of 2 years to run

9    consecutively to any other term of imprisonment imposed by the

10   Court; a fine not to exceed $250,000, or twice any pecuniary

11   gain to the defendant or loss to the victims; a term of

12   supervised release not to exceed 1 year, which may be

13   mandatory under the law and will follow any term of

14   imprisonment; if the defendant violates any condition of

15   supervised release, the Court may revoke such release term and

16   require that the defendant serve any or all of such term as an

17   additional period of confinement; a mandatory special

18   assessment of $100; restitution to victims or to the

19   community, which may be mandatory under the law, and which the

20   defendant agrees may include restitution arising from all

21   relevant conduct; costs of incarceration and supervision; and

22   forfeiture of property.

23             *THE COURT:*  Mr. Guy, do you understand that if you

24   plead guilty, you may be subject to those penalties and the

25   consequences just explained?

1           *DEFENDANT GUY:*  Yes, sir.

2           *MR. THOMAS:*  As to Mr. Richardson, the maximum

3    penalties include:

4           Not more than 20 years of imprisonment; a $250,000

5    fine; a term of supervised release of not more than 3 years;

6    if the defendant violates any condition of supervised release,

7    the Court may revoke such term and require the defendant to

8    serve an additional period of confinement; in addition, the

9    Court must impose a mandatory special assessment of $100.

10          *THE COURT:*  Okay.  Mr. Richardson, do you understand

11   that if you plead guilty, you may be subject to those

12   penalties and consequences just explained?

13          *DEFENDANT RICHARDSON:*  Yes, sir.

14          *MR. THOMAS:*  As to Mr. Clarke, the maximum penalties

15   the Court can impose as to Count 1 include:

16          Imprisonment for a period of not less -- sorry, of

17   at least 5 years, but not more than life, to be run

18   consecutively with any other sentence; a fine not to exceed

19   $250,000, or twice any pecuniary gain to the defendant or loss

20   to the victims; a term of supervised release not to exceed 5

21   years, which may be mandatory under the law and will follow

22   any term of imprisonment; if the defendant violates any

23   condition of supervised release, the Court may revoke such

24   release term and require that the defendant serve any or all

25   of such term as an additional period of confinement; a

1   mandatory special assessment of $100; forfeiture; and costs of

2   incarceration and supervision.

3            In addition, the maximum penalties the Court can

4   impose as to Count 2 include:

5            Imprisonment for a period not to exceed 10 years; a

6   fine not to exceed $250,000, or both a fine and imprisonment;

7   a term of supervised release not to exceed 3 years, which may

8   be mandatory under the law and will follow any term of

9   imprisonment; if the defendant violates any condition of

10  supervised release, the Court may revoke such release term and

11  require that the defendant serve any or all of such term as an

12  additional period of confinement; a mandatory special

13  assessment of $100; forfeiture; and costs of incarceration and

14  supervision.

15           *THE COURT:*  Mr. Clarke, do you understand that if

16  you plead guilty, you may be subject to those penalties and

17  consequences just explained?

18           *DEFENDANT CLARKE:*  Yes, sir.

19           *MR. THOMAS:*  As to Mr. Dupree, the maximum penalties

20  the Court can impose include:

21           A $250,000 fine; and not more than 10 years

22  imprisonment; plus a term of supervised release of not more

23  than 3 years; if the defendant violates any condition of

24  supervised release, the Court may revoke such term of

25  supervised release and require the defendant to serve an

1    additional period of confinement; further, the Court must

2    impose a mandatory special assessment of $100.

3            THE COURT:  Mr. Dupree, do you understand that if

4    you plead guilty, you may be subject to those penalties and

5    consequences just explained?

6            DEFENDANT DUPREE:  Yes, sir.

7            MR. THOMAS:  And as to Mr. Edwards, the penalties

8    the Court can impose as to Count 1 are:

9            Imprisonment for a period of not more than 20 years;

10   a fine not to exceed $250,000, or twice any pecuniary gain to

11   the defendant or loss to the victims; a term of supervised

12   release of not more than 3 years, which may be mandatory under

13   the law and will follow any term of imprisonment; if the

14   defendant violates the conditions of supervised release, the

15   Court may revoke such release term and require that the

16   defendant serve any or all of such term as an additional

17   period of confinement; a mandatory special assessment of $100;

18   restitution to victims or to the community, which may be

19   mandatory under the law, and which the defendant agrees may

20   include restitution arising from all relevant conduct, not

21   limited to that arising from the offense of conviction alone;

22   and costs of incarceration and supervision.

23           THE COURT:  All right.  Mr. Edwards, do you

24   understand that if you plead guilty, you may be subject to

25   those penalties and consequences just explained?

1              *DEFENDANT EDWARDS:*  Yes, sir.

2              *THE COURT:*  To all defendants:  Do you understand

3      that if the sentence you receive is more severe than you might

4      expect, you'll still be bound by your plea of guilty and

5      you'll have no right to withdraw it?

6              Do you understand, Mr. Rivera?

7              *DEFENDANT RIVERA:*  Yes, sir.

8              *THE COURT:*  Mr. Guy?

9              *DEFENDANT GUY:*  Yes, sir.

10             *THE COURT:*  Mr. Richardson?

11             *DEFENDANT RICHARDSON:*  Yes, sir.

12             *THE COURT:*  Mr. Clarke?

13             *DEFENDANT CLARKE:*  Yes, sir.

14             *THE COURT:*  Mr. Dupree?

15             *DEFENDANT DUPREE:*  Yes, sir.

16             *THE COURT:*  And Mr. Edwards?

17             *DEFENDANT EDWARDS:*  Yes, sir.

18             *THE COURT:*  In each of the plea agreements I was

19     reviewing, it does have language including a promise by the

20     government to dismiss other charges against you and/or not to

21     bring additional charges.  So, I inform you that the district

22     court must decide whether to accept your plea agreement, and

23     if the Court were to reject it, you would then have an

24     opportunity to withdraw your guilty plea and change it to not

25     guilty.

1          I know that we've talked about a lot up to this

2     point.

3          Do any of you have any questions for your attorney

4     or for me about anything that we've talked about?

5          Mr. Rivera?

6          *DEFENDANT RIVERA:*  No, sir.

7          *THE COURT:*  Mr. Guy?

8          *DEFENDANT GUY:*  No, sir.

9          *THE COURT:*  Mr. Richardson?

10         *DEFENDANT RICHARDSON:*  No, sir.

11         *THE COURT:*  Mr. Clarke?

12         *DEFENDANT CLARKE:*  No, sir.

13         *THE COURT:*  Mr. Dupree?

14         *DEFENDANT DUPREE:*  No, sir.

15         *THE COURT:*  Mr. Edwards?

16         *DEFENDANT EDWARDS:*  No, sir.

17         *THE COURT:*  Then having heard all of the foregoing,

18     I ask you:

19         How do you plead to the one-count information

20     against you, Mr. Rivera, guilty or not guilty?

21         *DEFENDANT RIVERA:*  I plead guilty.

22         *THE COURT:*  How do you plead to Counts 1 and 2 of

23     the information filed against you, Mr. Guy, guilty or not

24     guilty?

25         *DEFENDANT GUY:*  Guilty.

| | |
|---|---|
| 1 | THE COURT:  I enter a plea of guilty as to each of |
| 2 | those counts in your case. |
| 3 | MR. LUSTER:  Your Honor, sorry to interrupt.  Just |
| 4 | to be clear, that's the superseding information, correct? |
| 5 | THE COURT:  I just had it listed as an information. |
| 6 | Is it a superseding?  Was there an information and it's been |
| 7 | superseded? |
| 8 | MR. LUSTER:  Yes, Your Honor. |
| 9 | MR. THOMAS:  Yeah, that's correct, Your Honor. |
| 10 | THE COURT:  Okay.  Thank you for pointing that out. |
| 11 | So, that does apply for the superseding information.  I enter |
| 12 | the guilty plea for each of those counts. |
| 13 | Mr. Richardson, how do you plead to Count 2 of the |
| 14 | two-count indictment against you in your case, sir? |
| 15 | DEFENDANT RICHARDSON:  Guilty. |
| 16 | THE COURT:  And that's just to that count, am I |
| 17 | correct, Mr. Smythe? |
| 18 | MR. SMYTHE:  Yes, Your Honor. |
| 19 | THE COURT:  So I enter a plea of guilty to Count 2 |
| 20 | only for Mr. Richardson. |
| 21 | Mr. Clarke, how do you plead to Counts 1 and 2 of |
| 22 | the information against you, sir? |
| 23 | DEFENDANT CLARKE:  Guilty. |
| 24 | THE COURT:  All right.  I enter a plea of guilty as |
| 25 | to each of those counts. |

1          Mr. Dupree, how do you plead to the one-count

2   superseding information against you, guilty or not guilty?

3          *DEFENDANT DUPREE:* Guilty, sir.

4          *THE COURT:* Okay. And finally, Mr. Edwards, how do

5   you plead to Count 1 of the three-count indictment against you

6   in your case, guilty or not guilty?

7          *DEFENDANT EDWARDS:* Guilty.

8          *THE COURT:* I enter a plea of guilty to Count 1 in

9   your case.

10          To defense counsel:  Is the guilty plea of your

11   client consistent with your legal advice?

12          Ms. Carreras?

13          *MS. CARRERAS:* It is, Your Honor.

14          *THE COURT:* Mr. Luster?

15          *MR. LUSTER:* Yes, Your Honor.

16          *THE COURT:* Mr. Smythe?

17          *MR. SMYTHE:* Yes, Your Honor.

18          *THE COURT:* Mr. Gill?

19          *MR. GILL:* It is.

20          *THE COURT:* Mr. Lancaster, as to both of your

21   clients?

22          *MR. LANCASTER:* Yes, Your Honor.

23          *THE COURT:* Then I will accept each of the pleas of

24   guilty I've received on the condition that there's a factual

25   basis to support such pleas.

 1          I have been provided, in each case, a factual resume

 2    to accomplish that.  Each of these factual resumes appear to

 3    be signed by each defendant and his counsel.

 4          Is it your signature on your factual resume,

 5    Mr. Rivera?

 6          *DEFENDANT RIVERA:*  Yes, sir.

 7          *THE COURT:*  And the changes that are noted on your

 8    stipulated facts appear to be initialed.  Are those your

 9    initials, sir?

10          *DEFENDANT RIVERA:*  Yes, sir.

11          *THE COURT:*  Thank you.

12          Is it your signature on your factual resume,

13    Mr. Guy?

14          *DEFENDANT GUY:*  Yes, sir.

15          *THE COURT:*  On yours, Mr. Richardson?

16          *DEFENDANT RICHARDSON:*  Yes, sir.

17          *THE COURT:*  Mr. Clarke?

18          *DEFENDANT CLARKE:*  Yes, sir.

19          *THE COURT:*  Very good.  Is it your signature on

20    yours, Mr. Dupree?

21          *DEFENDANT DUPREE:*  Yes, sir.

22          *THE COURT:*  And I see that there's a correction just

23    referring to the nature of the charging instrument.

24    Indictment has been marked out and superseding information has

25    been written on page 1, and that's your initials accepting

```
1    that change as well, sir?
2           DEFENDANT DUPREE:  Yes, sir.
3           THE COURT:  Is it your signature on your factual
4    resume, Mr. Edwards?
5           DEFENDANT EDWARDS:  Yes, sir.
6           THE COURT:  Did each of you read or have read to you
7    your factual resume, and do you fully understand this
8    document?
9           Mr. Rivera?
10          DEFENDANT RIVERA:  Yes, sir.
11          THE COURT:  Mr. Guy?
12          DEFENDANT GUY:  Yes, sir.
13          THE COURT:  Mr. Richardson?
14          DEFENDANT RICHARDSON:  Yes, sir.
15          THE COURT:  Mr. Clarke?
16          DEFENDANT CLARKE:  Yes, sir.
17          THE COURT:  Mr. Dupree?
18          DEFENDANT DUPREE:  Yes, sir.
19          THE COURT:  Mr. Edwards?
20          DEFENDANT EDWARDS:  Yes, sir.
21          THE COURT:  Are the facts that are stated in your
22   factual resume true and correct?
23          Mr. Rivera?
24          DEFENDANT RIVERA:  Yes, sir.
25          THE COURT:  Mr. Guy?
```

1          *DEFENDANT GUY:*  Yes, sir.

2          *THE COURT:*  Mr. Richardson?

3          *DEFENDANT RICHARDSON:*  Yes, sir.

4          *THE COURT:*  Mr. Clarke?

5          *DEFENDANT CLARKE:*  Yes, sir.

6          *THE COURT:*  Mr. Dupree?

7          *DEFENDANT DUPREE:*  Yes, sir.

8          *THE COURT:*  And Mr. Edwards?

9          *DEFENDANT EDWARDS:*  Yes, sir.

10         *THE COURT:*  To defense counsel:  Are the facts that

11  are stated in your clients' factual resumes consistent with

12  the true facts as you understand them from your investigation?

13         Ms. Carreras?

14         *MS. CARRERAS:*  Yes, Your Honor, they are.

15         *THE COURT:*  Mr. Luster?

16         *MR. LUSTER:*  Yes, Your Honor.

17         *THE COURT:*  Mr. Smythe?

18         *MR. SMYTHE:*  Yes, Your Honor.

19         *THE COURT:*  Mr. Gill?

20         *MR. GILL:*  They are.

21         *THE COURT:*  And Mr. Lancaster, as to both clients?

22         *MR. LANCASTER:*  Yes, Your Honor.

23         *THE COURT:*  It would be appropriate at this time for

24  the United States Attorney to read the stipulated facts

25  portion out of each factual resume; however, based on the

1    answers I received from each defendant and counsel, as a

2    time-saving matter, I will allow you to waive the reading of

3    your facts here in open court.

4              Do you wish to waive that reading?

5              Mr. Rivera?

6              *DEFENDANT RIVERA:*  Yes, sir.

7              *THE COURT:*  Mr. Guy?

8              *DEFENDANT GUY:*  Yes, sir.

9              *THE COURT:*  Mr. Richardson?

10             *DEFENDANT RICHARDSON:*  Yes, sir.

11             *THE COURT:*  Mr. Clarke?

12             *DEFENDANT CLARKE:*  Yes, sir.

13             *THE COURT:*  Mr. Dupree?

14             *DEFENDANT DUPREE:*  Yes, sir.

15             *THE COURT:*  And Mr. Edwards?

16             *DEFENDANT EDWARDS:*  Yes, sir.

17             *THE COURT:*  I will not require the factual resumes

18   to be read, and I will order that they be filed with the other

19   papers in your case to the extent not on file.

20             The Court being satisfied with the responses given

21   during this hearing finds that each defendant is fully

22   competent and capable of entering an informed plea, and that

23   his plea of guilty to the charge or charges against him is a

24   knowing and voluntary plea supported by an independent basis

25   in fact containing each of the essential elements of the

1   offense or offenses charged against the defendant.

2           I hereby accept each of your pleas of guilty, and I

3   pronounce you guilty of the charges to which you have pled.

4           As I indicated early on in the proceeding, a

5   presentence report will be prepared to assist the Court in

6   sentencing.  You will be provided an opportunity -- well, let

7   me say this.

8           You'll be asked to provide information for that

9   report, and your degree of cooperation could be a factor in

10  the severity of the sentence you receive.

11          Your attorney is ordered to be present at your

12  interview, having a recent familiarity with the sentencing

13  guidelines, and, specifically, Section 3E1.1, application note

14  1(a), which deals with acceptance of responsibility.

15          You and your counsel will be provided a copy of that

16  presentence report well in advance of the date of your

17  sentencing, and you'll have an opportunity to make comments on

18  it or any objections to it.

19          Because I have conducted this hearing, rather than

20  the district judge in your case, I make a written report to

21  your district judge telling him what you have said and done

22  here today and what I have found.

23          I also tell you that if you or your attorney have

24  any objections to anything that I have said or done, or to the

25  written report itself, these objections must be filed within

1      14 days from the date of this hearing.

2              My clerk will deliver the presentence referral form

3      to the probation office.  A copy of that form has been

4      provided to each defense counsel, and I simply remind counsel

5      of your responsibility to contact the probation office as soon

6      as practicable for further instruction regarding the

7      presentence investigation.

8              Mr. Rivera, Mr. Guy, and Mr. Clarke, you are each

9      scheduled to be sentenced on July 7, 2022, at 9:00 a.m.,

10     before the Honorable Judge Mark Pittman.

11             Mr. Richardson and Mr. Edwards, you are each

12     scheduled to be sentenced on July 15, 2022, at 9:00 a.m.,

13     before the Honorable Judge Reed O'Connor.  That will be in the

14     second floor courtroom.

15             Those of you I mentioned for Judge Pittman, he uses

16     the fourth floor courtroom.

17             And then, finally, Mr. Dupree, you're scheduled to

18     be sentenced August 9, 2022, at 10:00 a.m., before the

19     Honorable Judge Terry R. Means.  He uses the fifth floor

20     courtroom at the other end of this hallway.

21             All right.  Is there any need to reconsider the

22     custodial status from the government as to Defendant Rivera at

23     this time?

24             MR. THOMAS:  No, Your Honor.  I'm not aware of any

25     violations while he's been out on pretrial release, so unless

1    the Court is, I would stipulate that the facts are present for

2    the Court to find that he does not present a danger or risk of

3    flight.

4            THE COURT:  All right.  I have a report indicating

5    there are no issues with the conditions of release, so I will

6    so find as stipulated by the government.  You will be allowed

7    to remain out on your conditions, Mr. Rivera.

8            I must remand the remaining defendants to the

9    custody of the marshal pending further proceedings.

10           Are there any other matters from the government?

11           MR. THOMAS:  No, Your Honor.

12           THE COURT:  From any defendant?

13           MS. CARRERAS:  None, Your Honor.

14           MR. LUSTER:  No, Your Honor.

15           THE COURT:  Good luck to each one of you as you go

16   forward.

17           Defendants are remanded to the custody of the

18   marshal as indicated.  The attorneys are excused.

19           (End of Proceedings)

20

21

22

23

24

25

1                          **REPORTER'S CERTIFICATE**

2          I, Debra G. Saenz, CSR, RMR, CRR, certify that the

3     foregoing is a true and correct transcript from the record

4     of proceedings in the foregoing entitled matter.

5          Further, due to the COVID-19 pandemic, various

6     participants wore masks or were heard via videoconference,

7     so proceedings were transcribed to the best of my ability.

8          I further certify that the transcript fees format

9     comply with those prescribed by the Court and the Judicial

10    Conference of the United States.

11         Signed this 24th day of October, 2022.

12

13                          /s/ Debra G. Saenz

14                          DEBRA G. SAENZ, CSR, RMR, CRR
                            Texas CSR No. 3158
15                          Official Court Reporter
                            The Northern District of Texas
16                          Fort Worth Division

17

18    CSR Expires:        1/31/2024

19    Business Address:   501 W. 10th Street, Room 507
                          Fort Worth, Texas  76102
20

21    Telephone:          817.850.6661

22    E-Mail Address:     debbie.saenz@yahoo.com

23

24

25

8/12 8/15 9/5 9/9 9/10 10/10 11/6 11/23
13/17 14/17 16/7 17/2 18/21 19/11
20/1 20/19 21/8 21/22 22/11 22/25
25/16 26/1 26/12 27/25 28/19 29/14
30/8 36/4 38/7 39/10 39/23 40/11 41/5
41/18 42/6 42/18 43/7 44/6 44/20
45/14 49/18 51/13 52/12 53/23 55/18
56/16 57/5 58/12
DEFENDANT DUPREE: [47]  8/23
9/21 10/12 11/8 11/25 13/19 14/19
16/9 17/4 18/23 19/13 20/3 20/5 20/21
21/10 21/24 22/13 23/2 25/18 26/3
26/14 28/2 28/22 29/16 30/10 36/21
38/9 39/12 39/25 40/13 41/7 41/20
42/8 42/20 43/9 44/8 44/22 45/16 50/6
51/15 52/14 54/3 55/21 56/2 56/18
57/7 58/14
DEFENDANT EDWARDS: [44]  6/20
9/1 9/3 9/7 9/23 10/14 11/10 12/2
13/21 14/21 16/11 17/6 18/25 19/15
20/8 20/23 21/12 22/1 22/15 23/4
28/25 29/18 30/12 37/16 38/11 39/14
40/2 40/15 41/9 41/22 42/10 42/22
43/11 44/10 44/24 45/18 51/1 51/17
52/16 54/7 56/5 56/20 57/9 58/16
DEFENDANT GUY: [48]  7/14 7/18
7/21 7/24 9/15 10/6 11/2 11/19 13/13
14/13 16/3 16/23 18/17 19/7 19/21
20/15 21/4 21/18 22/7 22/21 25/14
25/24 26/10 27/23 28/13 29/10 30/4
34/15 38/3 39/8 39/21 40/9 41/3 41/16
42/4 42/16 43/5 44/2 44/16 45/10 48/1
51/9 52/8 52/25 55/14 56/12 57/1 58/8
DEFENDANT RICHARDSON: [38]
6/5 8/3 8/6 8/8 9/17 10/8 11/4 11/21
13/15 14/15 16/5 16/25 18/19 19/9
19/23 20/17 21/6 21/20 22/9 22/23
28/16 29/12 30/6 35/4 38/5 43/14
43/17 44/4 44/18 45/12 48/13 51/11
52/10 53/15 55/16 56/14 57/3 58/10
DEFENDANT RIVERA: [46]  7/11 9/13
10/4 10/25 11/17 13/11 14/11 16/1
16/21 18/15 19/5 19/19 20/13 21/2
21/16 22/5 22/19 25/12 25/22 26/8
27/21 28/10 29/8 30/2 32/14 38/1 39/6
39/19 40/7 41/1 41/14 42/2 42/14 43/3
43/25 44/14 45/8 46/14 51/7 52/6
52/21 55/6 55/10 56/10 56/24 58/6
MR. GILL: [6]  23/15 24/3 26/22 27/7
54/19 57/20
MR. LANCASTER: [6]  23/17 24/5
26/24 27/9 54/22 57/22
MR. LUSTER: [9]  23/11 23/24 26/20
27/5 53/3 53/8 54/15 57/16 61/14
MR. SMYTHE: [5]  23/13 24/1 53/18
54/17 57/18
MR. THOMAS: [16]  31/4 32/16 33/23
34/17 35/5 36/5 36/22 45/25 46/16
48/2 48/14 49/19 50/7 53/9 60/24
61/11
MS. CARRERAS: [7]  23/9 23/22
26/18 27/3 54/13 57/14 61/13
THE COURT: [314]

$

$100 [8]  46/9 47/1 47/18 48/9 49/1
49/13 50/2 50/17

$250,000 [8]  46/3 46/19 47/10 48/4
48/19 49/6 49/21 50/10

/

/s [1]  62/13

0

05 [1]  4/3

1

1/31/2024 [1]  62/18
10 [3]  27/15 49/5 49/21
101 [1]  2/24
10:00 a.m [1]  60/18
10th [2]  3/11 62/19
12 [5]  24/25 32/8 40/18 40/19 40/19
13 [1]  40/17
1343 [2]  32/21 34/8
14 [1]  60/1
1409 [1]  3/5
15 [1]  60/12
16 [1]  24/24
1700 [1]  2/17
18 [4]  17/11 19/5 32/21 34/7
19 [1]  62/5
1984 [1]  16/12

2

20 [2]  48/4 50/9
2022 [12]  1/6 1/11 1/16 1/21 2/3 2/8
5/2 27/13 60/9 60/12 60/18 62/11
2024 [1]  62/18
21 [2]  19/11 19/15
2120 [1]  2/21
22nd [1]  27/16
23 [8]  1/6 1/11 1/16 1/21 2/3 2/8 5/2
24/25
24th [1]  62/11
26 [2]  31/22 32/7
287 [1]  5/24
29 [1]  19/9

3

3158 [1]  62/14
3553 [1]  17/12
36 [2]  6/14 19/7
37 [2]  6/18 19/13
38 [1]  6/2
3E1.1 [1]  59/13

4

45 [1]  7/16
4:21-CR-287 [1]  5/24
4:21-CR-287-P-3 [1]  1/9
4:22-CR-036-Y-1 [1]  2/1
4:22-CR-037-O-1 [1]  2/6
4:22-CR-038-O-4 [1]  1/14
4:22-CR-060-P-1 [1]  1/4
4:22-CR-067-P-1 [1]  1/19
4:22-CR-36 [1]  6/14
4:22-CR-37 [1]  6/18
4:22-CR-38 [1]  6/2
4:22-CR-60 [1]  5/20
4:22-CR-67 [1]  6/8
4th [1]  2/24

5

501 [2]  3/11 62/19
507 [2]  3/11 62/19
52-54 [1]  4/4

54 [1]  4/4
58 [1]  4/5
581 [1]  32/8
5845 [1]  31/22

6

60 [1]  5/20
600 [1]  3/2
604 [1]  2/24
62 [1]  4/6
63 [1]  4/7
67 [1]  6/8
682.777.3336 [1]  2/25
6882 [1]  2/18

7

76053 [1]  3/5
76102 [5]  2/24 3/2 3/9 3/12 62/19
76102-6882 [1]  2/18
76110 [1]  2/21
777 [1]  3/2

8

801 [1]  2/17
817.252.5200 [1]  2/18
817.666.9475 [1]  3/3
817.795.9956 [1]  2/22
817.850.6661 [2]  3/12 62/21
817.886.4430 [1]  3/6
817.978.2753 [1]  3/10
819 [1]  3/9

9

921 [1]  35/25
9:00 a.m [2]  60/9 60/12
9:49 [7]  1/7 1/12 1/17 1/22 2/4 2/9 5/2
9A10 [1]  3/9

A

a.m [10]  1/7 1/12 1/17 1/22 2/4 2/9 5/2
60/9 60/12 60/18
ability [2]  7/2 62/7
able [1]  17/20
abolished [1]  18/10
about [8]  8/1 15/3 15/24 20/22 30/20
52/1 52/4 52/4
above [1]  18/2
accept [5]  12/4 40/4 51/22 54/23 59/2
acceptance [1]  59/14
accepted [2]  14/6 28/5
accepting [1]  55/25
accomplish [4]  31/14 33/4 37/12 55/2
account [1]  17/16
accused [1]  14/22
act [4]  16/12 31/8 31/14 31/18
acted [1]  33/14
acts [2]  33/3 37/11
actual [1]  34/23
actually [1]  14/23
addiction [1]  20/25
addition [8]  31/16 33/5 33/16 35/12
35/19 47/6 48/8 49/3
additional [9]  46/3 46/25 47/17 48/8
48/25 49/12 50/1 50/16 51/21
Address [2]  62/19 62/22
Administration [1]  11/12
admit [6]  32/11 34/13 35/2 36/1 36/19
37/13
Admonishments [1]  4/3
advance [1]  59/16

**A**

actually [3] 27/13 29/11 55/11
advisory [1] 16/14
affect [1] 37/7
affected [2] 34/25 36/14
affecting [1] 37/1
affirmative [1] 7/7
afford [1] 12/24
after [2] 17/21 17/25
again [2] 30/20 45/23
against [22] 9/10 10/1 12/10 12/18 16/18 24/8 24/18 24/21 25/5 29/6 29/23 36/3 37/20 51/20 52/20 52/23 53/14 53/22 54/2 54/5 58/23 59/1
agreed [2] 31/7 37/1
agreement [20] 31/10 32/20 32/24 37/4 37/7 38/15 38/17 38/18 38/19 38/20 38/21 38/22 39/1 40/5 41/12 41/23 41/24 42/12 42/24 51/22
agreements [4] 38/12 40/16 43/19 51/18
agrees [3] 47/3 47/20 50/19
alcohol [1] 21/14
alcoholism [1] 20/25
all [45] 5/4 5/8 5/10 5/19 5/21 6/6 7/5 9/8 9/9 10/21 12/17 12/23 14/4 15/6 15/23 18/12 19/1 26/4 32/12 32/15 34/12 34/14 35/2 36/2 36/18 36/19 37/14 38/12 41/23 43/21 44/25 46/25 47/4 47/16 47/20 48/24 49/11 50/16 50/20 50/23 51/2 52/17 53/24 60/21 61/4
allow [2] 29/23 58/2
allowed [1] 61/6
alone [2] 13/3 50/21
along [2] 17/10 38/18
alprazolam [1] 35/16
already [2] 12/10 43/20
also [6] 5/17 6/22 18/7 30/15 38/20 40/18 59/23
am [2] 10/18 53/16
AMERICA [6] 1/4 1/9 1/14 1/19 2/1 2/6
ammunition [1] 46/9
another [5] 34/1 34/6 34/10 34/21 36/16
answer [4] 5/13 5/13 6/24 9/25
answered [1] 7/7
answers [2] 10/1 58/1
any [62] 9/25 10/23 12/9 12/20 12/21 14/7 15/12 15/14 15/19 15/20 17/10 17/11 20/24 21/14 22/2 22/2 23/6 25/19 26/15 33/12 34/24 36/16 36/17 41/24 42/24 42/25 43/13 43/13 43/22 45/5 46/5 46/6 46/19 46/22 46/23 46/25 47/9 47/10 47/13 47/14 47/16 48/6 48/18 48/19 48/22 48/22 48/24 49/8 49/9 49/11 49/23 50/10 50/13 50/16 52/3 52/3 59/18 59/24 60/21 60/24 61/10 61/12
anyone [6] 15/3 15/15 15/16 42/24 43/12 43/21
anything [2] 52/4 59/24
apostrophe [1] 8/8
apparently [1] 27/14
appeal [11] 13/6 18/5 18/8 38/15 38/18 38/20 38/23 40/17 40/22 40/24 41/11
appear [3] 11/14 55/2 55/8
appearing [1] 37/14
appears [1] 39/3

**applicable** [1] 17/9
application [3] 32/6 32/9 59/13
apply [3] 16/16 22/4 53/12
appoint [1] 12/24
appropriate [3] 29/19 31/1 57/23
approval [2] 32/6 32/9
approve [1] 40/4
are [58] 5/5 5/6 5/15 7/7 9/24 13/8 14/8 15/5 15/22 17/17 17/24 18/10 19/3 20/9 21/13 22/16 24/7 24/10 25/2 30/16 30/19 30/21 31/5 31/18 32/18 33/6 33/17 33/24 34/19 35/6 35/13 35/20 36/7 36/24 37/18 37/22 38/12 39/1 40/4 41/23 44/11 46/1 50/8 55/7 55/8 56/21 56/21 57/10 57/11 57/14 57/20 60/8 60/11 61/1 61/5 61/10 61/17 61/18
arising [4] 47/4 47/20 50/20 50/21
arraignment [2] 2/12 5/5
as [73]
ask [8] 5/11 19/1 23/5 25/8 31/2 40/22 43/21 52/18
asked [1] 59/8
asking [1] 40/4
assessment [8] 46/9 47/1 47/18 48/9 49/1 49/13 50/2 50/17
assist [1] 59/5
assistance [1] 12/22
ASSISTANT [1] 3/8
associate's [1] 20/5
associated [1] 14/8
assurance [2] 42/25 43/13
attempted [2] 34/20 43/22
attendance [1] 12/21
attention [1] 40/21
ATTICUS [2] 3/4 6/12
attorney [20] 11/14 12/23 12/24 12/24 14/3 15/5 15/11 16/17 17/14 25/6 25/9 29/20 30/23 37/19 37/24 40/24 52/3 57/24 59/11 59/23
Attorney's [2] 14/1 24/17
attorneys [1] 61/18
August [1] 60/18
August 9 [1] 60/18
authority [3] 10/22 18/1 34/4
aware [2] 35/23 60/24

**B**

based [5] 10/20 15/13 18/3 25/5 57/25
basis [3] 15/1 54/25 58/24
be [70]
because [3] 52/5 29/22 59/19
been [22] 9/10 11/1 11/15 12/11 12/25 16/13 17/22 18/10 20/10 20/24 24/19 25/7 25/19 27/11 32/4 38/14 53/6 55/1 55/24 55/25 60/3 60/25
before [8] 2/13 12/6 12/7 25/2 36/14 60/10 60/13 60/18
begin [2] 5/19 6/23
beginning [1] 7/9
behalf [2] 6/16 12/21
being [2] 24/16 58/20
believe [6] 14/1 23/6 23/18 24/13 25/1 33/21
belonged [1] 34/10
below [1] 18/2
Bench [1] 13/23
best [2] 7/2 62/7
bet [1] 7/20
better [1] 5/18

**between** [2] 17/14 36/16
beyond [1] 13/5
blue [1] 14/2
both [6] 17/22 24/4 33/21 49/6 54/20 57/21
both -- it [1] 33/21
bound [2] 17/13 51/4
BRANDON [4] 1/6 5/20 7/11 31/4
bring [1] 51/21
brought [1] 24/19
Business [1] 62/19

**C**

calculate [1] 17/9
call [3] 5/6 30/23 45/19
called [3] 30/16 31/3 45/24
can [11] 5/14 5/18 7/20 17/15 46/1 46/17 47/6 48/15 49/3 49/20 50/8
cannot [1] 14/23
capable [1] 58/22
care [1] 20/10
carefully [3] 5/12 31/2 45/23
CARRERAS [10] 2/20 2/20 5/23 23/8 23/21 26/17 27/2 27/14 54/12 57/13
carried [1] 35/9
case [41] 1/4 1/9 1/14 1/19 2/1 2/6 10/20 10/21 10/23 15/4 16/16 16/19 17/21 18/1 24/22 25/5 28/7 28/11 28/15 28/17 28/21 28/24 30/19 30/24 31/3 37/21 37/24 38/13 38/23 39/2 43/1 43/23 45/21 45/23 53/2 53/14 54/6 54/9 55/1 58/19 59/20
cases [4] 11/11 12/25 27/12 43/19
cause [8] 5/19 5/24 6/2 6/8 6/14 6/18 24/13 25/1
caused [1] 33/10
Certificate [2] 4/6 62/1
certify [2] 62/2 62/8
challenge [1] 17/23
change [1] 51/24 56/1
changes [1] 55/7
characteristics [2] 31/24 35/24
charge [3] 30/24 45/21 58/23
charged [11] 12/10 24/10 24/11 24/16 25/2 31/8 32/21 34/19 36/9 37/2 59/1
charges [16] 16/18 24/18 24/21 24/23 25/4 29/4 29/5 29/22 29/24 30/13 37/19 45/21 51/20 51/21 58/23 59/3
charging [1] 55/23
check [1] 8/20
Cherry [1] 2/17
choose [1] 12/9
CHRISTIAN [1] 3/1
circumstances [1] 18/7
citizen [1] 44/11
citizens [1] 44/25
citizenship [1] 45/3
CLARKE [57] 1/21 3/4 6/9 8/11 8/12 9/18 10/9 11/5 11/22 13/16 13/25 14/16 16/6 17/1 18/20 19/10 19/25 20/18 21/7 21/21 22/10 22/24 24/6 25/15 25/25 26/11 27/16 27/24 28/18 29/13 30/7 35/5 36/17 38/6 38/19 39/2 39/22 40/10 40/18 41/4 41/17 42/5 42/17 43/6 44/5 44/19 45/13 48/14 49/15 51/12 52/21 53/21 55/17 56/15 57/4 58/11 60/8
clear [1] 53/4
clerk [2] 7/3 60/2

## C

clients [2]  54/21 57/21
clients' [1]  57/11
coercion [1]  15/20
Cofer [1]  2/23
college [3]  20/3 20/4 20/4
combination [1]  31/25
comments [1]  59/17
commerce [5]  33/12 34/25 36/14 37/1 37/7
commission [2]  16/14 35/10
commit [2]  32/20 37/1
committed [12]  24/14 25/1 31/13 32/12 33/2 34/14 35/2 35/7 36/2 36/19 37/10 37/14
communications [1]  33/11
community [3]  47/2 47/19 50/18
compel [1]  12/20
compelled [1]  13/1
competent [2]  23/7 58/22
completed [1]  17/22
comply [1]  62/9
composed [1]  24/24
computer [1]  3/19
conclusions [1]  17/23
condition [9]  32/4 46/6 46/23 47/14 48/6 48/23 49/9 49/23 54/24
conditions [5]  50/14 61/5 61/7
conduct [5]  10/23 34/24 47/4 47/21 50/20
conducted [1]  59/19
conducting [1]  10/18
Conference [2]  13/23 62/10
confinement [8]  46/8 47/1 47/17 48/8 48/25 49/12 50/1 50/17
confirm [1]  27/18
confront [1]  12/17
connected [1]  15/15
consecutively [2]  47/9 48/18
consent [9]  10/20 11/12 11/13 11/15 12/4 12/4 13/24 24/16 34/21
consented [1]  12/6
consequence [1]  45/6
consequences [8]  15/24 45/20 46/13 47/25 48/12 49/17 50/5 50/25
consider [2]  16/15 17/10
consistent [3]  26/25 54/11 57/11
conspiracy [7]  31/13 31/15 31/17 33/2 33/4 37/10 37/12
conspirators [3]  31/12 33/1 37/9
Constitution [2]  12/12 24/11
constitutional [1]  13/9
construed [1]  16/13
contact [1]  60/5
containing [1]  58/25
contemplated [1]  37/6
continue [1]  33/22
CONTINUED [1]  1/25
control [2]  8/19 13/3
controlled [1]  35/15
converting [1]  32/1
convicted [1]  14/25 15/10
conviction [5]  13/7 15/1 45/2 45/21 50/21
cooperation [1]  59/9
copy [4]  28/8 28/23 59/15 60/3
correct [5]  53/4 53/9 53/17 56/22 62/3
correction [1]  55/22
correctly [3]  6/4 6/10 9/9
costs [6]  10/1 10/2 13/1 32/3 59/9 59/21
could [5]  10/1 12/23 13/1 32/3 59/9
counsel [10]  23/5 26/15 37/18 54/10 55/3 57/10 58/1 59/15 60/4 60/4
count [31]  28/8 28/11 28/14 28/17 28/20 28/24 31/5 32/17 33/6 33/16 33/20 33/23 34/19 35/6 35/19 36/6 36/23 46/17 47/7 48/15 49/4 50/8 52/19 53/13 53/14 53/16 53/19 54/1 54/5 54/5 54/8
country [1]  36/17
counts [7]  29/20 33/21 52/22 53/2 53/12 53/21 53/25
court [47]  1/1 2/13 3/11 5/14 12/20 12/24 14/24 15/3 15/12 15/13 16/13 17/13 17/15 17/20 17/25 18/1 18/5 27/12 28/6 40/4 46/1 46/6 46/16 46/24 47/6 47/10 47/15 48/7 48/9 48/15 48/23 49/3 49/10 49/20 49/24 50/1 50/8 50/15 51/22 51/23 58/3 58/20 59/5 61/1 61/2 62/9 62/15
Court's [3]  4/5 9/25 17/8
courtroom [6]  5/7 8/19 13/23 60/14 60/16 60/20
COVID [1]  62/5
COVID-19 [1]  62/5
CR [12]  1/4 1/9 1/14 1/19 2/1 2/6 5/20 5/24 6/2 6/8 6/14 6/18
crime [7]  14/23 14/24 32/20 35/8 35/11 35/13 37/1
criminal [1]  16/16
cross [1]  12/17
cross-examine [1]  12/17
CRR [3]  3/11 62/2 62/14
CSR [5]  3/11 62/2 62/14 62/14 62/18
CURETON [2]  2/13
currently [1]  20/9
custodial [1]  60/22
custody [2]  61/9 61/17

## D

D'Anthoney [2]  8/3 8/5
danger [1]  61/2
date [4]  27/15 27/17 59/16 60/1
dated [1]  27/13
DAVID [2]  1/6 7/11
day [2]  5/10 62/11
days [1]  60/1
dead [1]  34/11
deals [1]  59/14
debbie.saenz [2]  3/13 62/22
DEBRA [4]  3/11 62/2 62/13 62/14
decide [2]  15/18 51/22
decided [1]  15/13
decision [1]  10/22
decision-making [1]  10/22
defendant [71]
defendant's [2]  34/24 35/10
defendants [14]  3/7 6/24 7/1 7/4 24/6 24/9 24/18 28/4 31/2 38/14 43/21 51/2 61/8 61/17
DEFENDER [1]  3/8
defense [9]  6/1 6/7 6/13 6/17 23/5 26/15 54/10 57/10 60/4
defined [2]  31/22 35/25
defraud [1]  33/7 33/8 33/15
degree [2]  34/25 59/9
deliver [1]  60/2

## DEPARTMENT

DEPARTMENT [1]  2/16
departures [1]  17/10
deprive [1]  45/2
Deputy [1]  13/23
described [2]  33/3 37/11
designed [2]  31/25 32/1
determine [1]  17/20
determined [1]  17/25
determines [1]  14/24
determining [2]  16/15 17/8
DEVONSHA [5]  1/16 6/3 6/5 6/6 8/3
did [12]  6/4 6/10 19/16 32/6 34/3 34/20 34/22 39/15 40/23 40/23 40/24 42/11 56/6
diploma [1]  20/1
direct [1]  40/21
disability [1]  22/3
discuss [1]  40/24
discussed [4]  14/9 16/17 25/8 37/19
dismiss [1]  51/20
disregard [1]  17/16
distribute [1]  35/18
district [14]  1/1 1/2 2/17 3/8 10/19 10/21 10/23 12/6 12/15 15/7 51/21 59/20 59/21 62/15
DIVISION [2]  1/3 62/16
do [50]  5/8 5/11 9/24 10/3 10/4 10/18 10/24 13/8 14/10 15/23 18/12 22/2 22/16 23/6 23/9 23/18 23/22 24/20 25/10 26/5 26/15 29/5 29/25 32/1 34/13 35/1 36/1 36/18 37/13 38/16 39/16 41/10 45/6 46/11 47/23 48/10 49/15 50/3 50/23 51/2 51/6 52/3 52/19 52/22 53/13 53/21 54/1 54/4 56/7 58/4
document [2]  11/12 56/8
documents [7]  38/13 39/1 39/1 39/4 39/16 39/17 40/4
does [5]  32/8 40/16 51/19 53/11 61/2
doesn't [1]  33/21
doing [3]  5/9 5/18 22/17
don't [2]  10/16 14/1
done [4]  12/25 16/20 59/21 59/24
doubt [1]  13/5
drug [4]  21/14 35/8 35/11 35/12
drug-trafficking [3]  35/8 35/11 35/12
due [1]  62/5
DUPREE [57]  2/3 3/8 6/15 6/15 8/22 8/23 9/20 10/11 11/7 11/24 13/18 14/18 16/8 17/3 18/22 19/12 20/2 20/20 21/9 21/23 22/12 23/1 24/7 24/7 25/17 26/2 26/13 27/17 28/1 28/21 29/15 30/9 36/5 36/18 38/8 38/21 39/11 39/24 40/12 40/19 41/6 41/19 42/7 42/19 43/8 44/7 44/21 45/15 45/19 50/3 51/14 52/13 54/1 55/20 56/17 57/6 58/13 60/17
during [6]  31/13 33/1 34/6 35/10 37/9 58/21

## E

E-Mail [2]  3/13 62/22
each [54]  5/12 6/23 7/6 8/17 9/24 10/15 10/18 11/11 11/14 12/3 13/8 13/9 15/11 15/23 16/17 18/12 19/16 23/18 24/7 24/10 25/8 27/12 28/3 29/1 29/4 30/19 34/20 37/17 37/17 37/22 39/2 39/15 40/16 45/6 45/21 45/22 51/18 53/1 53/12 53/25 54/23 55/1 55/2 55/3 56/6 57/25 58/1 58/21 58/25 59/2 60/4 60/8 60/11 61/15

## E

early [4] 59/4
education [1] 19/17
EDWARDS [51] 2/8 3/8 6/19 6/22 8/25
9/1 9/22 10/13 11/9 12/1 13/20 14/20
16/10 17/5 18/24 19/14 20/7 20/22
21/11 21/25 22/14 23/3 28/24 29/17
30/11 36/22 37/13 38/10 38/22 39/13
40/1 40/14 40/20 41/8 41/21 42/9
42/21 43/10 44/9 44/23 45/17 50/7
50/23 51/16 52/15 54/4 56/4 56/19
57/8 58/15 60/11
efficiently [1] 5/11
effort [4] 5/16 25/20 42/25 43/15
either [1] 23/16
elements [22] 30/16 30/21 30/24 31/4
31/16 32/12 32/17 33/5 33/16 33/23
34/14 34/18 35/2 35/5 35/12 35/20
36/2 36/5 36/20 36/22 37/14 58/25
else [1] 15/16
emotional [1] 22/2
employed [1] 33/8
end [2] 60/20 61/19
enforcement [1] 15/15
English [1] 10/16
enter [10] 12/6 23/7 42/12 43/1 43/15
53/1 53/11 53/19 53/24 54/8
entered [1] 15/6
entering [1] 58/22
entitled [4] 11/12 38/21 38/22 62/4
essential [15] 30/16 30/24 30/24 31/16
32/12 32/17 33/23 34/14 34/17 35/2
35/24 36/2 36/19 37/14 58/25
establish [3] 34/18 36/6 36/23
even [2] 17/7 17/18
event [1] 17/18
ever [2] 45/4 45/4
every [1] 7/16
evidence [1] 12/20
examine [1] 12/17
exceed [13] 46/2 46/3 46/18 46/19
46/21 47/10 47/12 48/18 48/20 49/5
49/6 49/7 50/10
except [1] 15/4
exclusively [1] 31/25
Excuse [1] 13/22
excused [1] 61/18
executing [1] 33/13
existed [1] 33/7
existence [3] 31/13 33/2 37/10
expect [1] 51/4
Expires [1] 62/18
explained [7] 30/15 46/13 47/25 48/12
49/17 50/5 50/25
explanations [2] 15/23 18/12
extent [2] 43/20 58/19
extra [1] 5/16

## F

fact [2] 35/16 58/25
factor [1] 59/9
factors [1] 17/11
facts [14] 15/4 15/13 17/13 17/16
17/17 17/23 18/4 55/8 56/21 57/10
57/12 57/24 58/3 61/1
factual [14] 30/19 30/21 33/20 54/24
55/1 55/2 55/4 55/12 56/3 56/7 56/22
57/11 57/25 58/17
false [2] 10/2 33/8

falsely [1] 10/1
familiarity [1] 59/12
familiar [4] 19/16
fear [1] 34/23
federal [5] 3/8 14/24 16/18 18/9 37/20
feel [1] 5/17
fees [1] 62/8
felony [6] 24/10 24/12 24/14 24/18
45/2 45/2
few [1] 24/9
fifth [2] 32/5 60/19
file [2] 43/20 58/19
filed [7] 24/8 24/17 25/6 28/7 52/23
58/18 59/25
filing [2] 24/19 43/18
final [1] 10/17
finally [6] 6/18 18/9 27/10 42/23 54/4
60/17
find [4] 24/25 28/3 61/2 61/6
Findings [1] 4/5
finds [2] 24/12 58/21
fine [10] 7/15 46/3 46/19 47/10 48/5
48/18 49/6 49/6 49/21 50/10
firearm [11] 31/7 31/20 31/21 31/24
32/3 32/5 35/10 35/24 36/9 36/10
36/11 36/13 36/15 45/5
firearms [4] 31/8 31/17 31/18 46/9
firm [3] 2/23 3/4 5/13
first [14] 7/9 19/3 31/6 31/19 33/7
33/18 33/25 34/20 35/7 35/14 35/21
36/8 36/25 39/3
flight [1] 61/3
floor [3] 60/14 60/16 60/19
follow [3] 46/5 46/22 47/13 48/21 49/8
50/13
following [1] 12/13
follows [1] 33/17
force [3] 15/20 34/23 43/22
foregoing [3] 52/17 62/3 62/4
foreign [3] 33/12 36/14 37/7
forfeiture [5] 46/9 47/5 47/22 49/1
49/13
form [6] 11/15 12/4 27/11 27/19 60/2
60/3
formal [1] 19/17
format [1] 62/8
forms [1] 11/13
FORT [15] 1/3 1/5 1/10 1/15 1/20 2/2
2/7 2/18 2/21 2/24 3/2 3/9 3/12 62/16
62/19
forth [6] 30/19 30/24 33/20 41/11
41/24 45/20
forward [1] 61/16
found [2] 13/6 59/22
fourth [6] 32/3 33/14 34/9 36/13 37/9
60/16
fraud [3] 32/20 33/5 34/7
free [3] 5/15 5/17 42/12
full [3] 7/8 8/1 8/21
fully [9] 22/16 23/6 25/10 29/5 37/22
39/16 40/23 56/7 58/21
further [10] 14/4 14/6 31/11 32/25 37/5
50/1 60/6 61/9 62/5 62/8

## G

gain [4] 46/19 47/11 48/19 50/10
GED [1] 19/23
general [1] 12/8
Generally [1] 14/22
GEORGE [1] 37/7 6/16

gets [1] 8/18
GILL [9] 3/4 3/4 6/12 23/14 24/2 26/21
27/24 57/19 57/19
give [1] 12/8
given [4] 12/5 15/11 18/13 58/20
go [4] 19/16 24/8 38/13 61/15
going [5] 5/8 7/6 7/16 7/16 8/17 14/2
30/23 43/18
good [5] 5/13 6/23 7/12 8/16 55/19
61/15
government [28] 1/4 1/9 1/14 1/19 2/1
2/6 2/16 5/21 15/5 15/16 17/15 17/22
18/7 24/20 24/22 30/17 31/5 32/16
32/17 33/17 35/20 40/5 41/24 42/12
51/20 60/22 61/6 61/10
government -- the [1] 32/16
grade [1] 20/8
Graduate [1] 20/4
grand [11] 24/12 24/16 24/22 24/23
24/24 24/25 25/3 25/4 25/10 26/6 28/5
group [2] 2/20 30/25
guaranteed [1] 13/9
guarantees [1] 12/13
guideline [4] 17/9 17/21 17/25 18/2
guidelines [5] 16/14 16/19 17/11 37/21
59/13
guilt [1] 13/5
guilty [63]
gun [4] 31/21 32/2 35/22 35/25
GUY [56] 1/11 2/23 5/25 7/13 7/14
9/14 10/5 11/1 11/18 13/12 14/12 16/2
16/22 18/16 19/6 19/20 20/14 21/3
21/17 22/6 22/20 24/6 25/13 25/23
26/9 27/15 27/22 28/12 29/9 30/3
32/16 34/13 38/2 38/17 39/7 39/20
40/8 40/18 41/2 41/15 42/3 42/15 43/4
44/1 44/15 45/9 46/16 47/23 51/8 52/7
52/23 55/13 56/11 56/25 58/7 60/8

## H

had [5] 17/23 29/2 29/4 36/15 53/5
hallway [1] 60/20
hand [3] 7/2 14/5 17/14
handed [1] 11/16
handle [1] 5/11
has [18] 9/10 12/25 15/3 16/13 16/14
17/22 17/25 18/1 18/8 18/10 27/11
28/4 42/24 43/12 43/21 55/24 55/24
60/3
have [52] 5/4 7/6 8/17 8/19 12/5 12/14
12/16 12/19 12/22 12/22 13/6 13/8
16/17 16/20 17/22 18/5 20/5 20/10
20/24 23/6 24/19 25/6 25/8 25/19 28/8
28/14 29/1 29/4 30/15 30/15 32/3
37/17 38/14 38/15 38/17 38/19 39/15
40/16 51/5 51/19 51/23 52/3 55/1 56/6
59/3 59/17 59/19 59/21 59/22 59/23
59/24 61/4
have -- well [1] 37/17
having [6] 6/23 7/15 14/3 52/17 59/12
he [4] 14/23 60/15 60/19 61/2
he's [1] 60/25
hear [3] 5/14 7/20 12/17
heard [4] 5/18 15/13 52/17 62/6
hearing [5] 8/17 10/19 58/21 59/19
60/1
here [8] 5/10 15/4 22/17 28/5 29/21
37/18 58/3 59/22
hereby [1] 59/2
high [3] 19/19 19/21 20/1

**H**

him [2] 58/23 59/21
his [3] 28/4 55/3 58/23
hold [1] 45/4
Honor [33] 23/9 23/11 23/13 23/15
23/17 23/22 23/24 24/1 24/3 24/5
26/18 26/20 26/22 27/3 27/5
27/9 53/3 53/8 53/9 53/18 54/13 54/15
54/17 54/22 57/14 57/16 57/18 57/22
60/24 61/11 61/13 61/14
HONORABLE [4] 2/13 60/10 60/13
60/19
hospitalized [1] 20/25
how [15] 8/1 8/7 9/4 16/18 16/18 19/3
19/16 20/22 37/20 52/19 52/22 53/13
53/21 54/1 54/4
however [6] 10/20 15/6 15/10 24/15
29/22 57/25
Hurst [1] 3/5

**I**

I'll [1] 45/19
I'm [11] 7/6 8/17 12/3 14/2 19/19 30/23
33/19 33/22 39/2 43/18 60/24
I've [4] 11/11 11/15 18/13 54/24
identification [3] 34/1 34/6 34/10
impose [11] 17/15 18/1 46/1 46/17
47/6 48/9 48/15 49/4 49/20 50/2 50/8
imposed [3] 15/17 18/3 47/9
imposes [1] 18/6
imprisonment [17] 18/1 46/2 46/5
46/18 46/22 47/8 47/9 47/14 48/4
48/16 48/22 49/5 49/6 49/9 49/22 50/9
50/13
incarceration [6] 46/10 47/5 47/21 49/2
49/13 50/22
include [9] 46/17 47/4 47/7 47/20 48/3
48/15 49/4 49/20 50/20
including [2] 12/21 51/19
independent [1] 58/24
Index [1] 4/7
indicated [3] 37/18 59/4 61/18
indicating [1] 61/4
indict [1] 25/3
indicted [2] 25/2 25/7
indictment [24] 9/10 24/13 24/15 24/20
24/23 25/4 25/9 25/20 26/5 26/16
27/11 27/19 28/5 28/15 28/24 29/1
29/21 34/19 36/23 37/2 37/11 53/14
54/5 55/24
individualized [1] 19/2
individually [2] 5/9 5/10
induce [3] 25/20 42/25 43/15
induced [1] 15/19
influence [1] 21/13
inform [4] 17/7 18/9 45/1 51/21
information [27] 9/10 24/8 24/17 24/19
25/5 28/9 28/11 28/17 28/20 29/2
29/21 31/8 32/22 33/3 35/6 35/19 36/7
52/19 52/23 53/4 53/5 53/6 53/11
53/22 54/2 55/24 59/8
informed [1] 58/22
initialed [1] 55/8
initials [2] 55/9 55/25
ink [1] 14/2
instruction [1] 60/6
instructions [3] 5/12 12/8 14/4
instrument [1] 55/23
intend [1] 29/21

intended [2] 31/25 32/1
intent [5] 31/11 32/25 33/15 35/18 37/5
interpreter [1] 60/10
interrupt [1] 53/3
interstate [3] 33/11 36/14 37/7
interview [1] 59/12
investigation [2] 57/12 60/7
is [63]
issue [1] 35/13
issued [1] 16/14
issues [1] 61/5
it [44] 5/17 8/18 11/15 14/3 17/8 22/17
24/14 25/3 27/3 27/7 27/17 28/5 29/2
29/19 31/10 31/24 32/8 32/24 33/20
33/21 33/21 33/21 35/18 35/24 36/15
37/4 39/3 40/17 40/24 51/5 51/19
51/23 51/24 53/5 53/6 54/13 54/19
55/4 55/12 55/19 56/3 57/23 59/18
59/18
it's [9] 10/22 12/4 12/10 14/1 14/24
18/3 27/18 38/22 53/6
its [1] 24/22
itself [1] 59/25

**J**

J-A-L-E-E-L [1] 8/15
Jaleel [1] 8/12
JAMES [2] 2/23 6/1
JEFFREY [1] 2/13
joined [3] 31/10 32/24 37/4
JOSEPH [3] 2/3 6/14 8/23
JR [1] 3/7
judge [15] 2/13 10/19 10/20 10/21
10/23 11/13 12/6 14/24 15/7 59/20
59/21 60/10 60/13 60/15 60/19
judges [1] 16/15
judgment [1] 13/3
Judicial [1] 62/9
July [2] 60/9 60/12
July 15 [1] 60/12
July 7 [1] 60/9
jurors [1] 24/25
jury [13] 12/14 15/1 24/12 24/16 24/22
24/23 24/24 25/3 25/4 25/10 26/6 28/5
45/4
just [19] 5/16 7/19 13/24 14/9 24/9
24/19 25/6 27/18 33/19 46/13 47/25
48/12 49/17 50/5 50/25 53/3 53/5
53/16 55/22
JUSTICE [2] 2/16

**K**

KARA [2] 2/20 5/23
kind [6] 8/18 14/7 15/20 42/25 43/13
45/5
knew [8] 31/9 31/23 32/9 32/23 34/9
35/23 36/11 37/3
know [2] 5/6 52/1
knowing [2] 23/19 58/24
knowingly [13] 12/4 28/4 31/13 31/19
33/2 33/18 33/25 35/9 35/14 35/21
36/8 37/10 41/10

**L**

LANCASTER [9] 3/7 6/16 6/22 23/16
24/4 26/23 27/8 54/20 57/21
language [2] 10/16 51/19
last [2] 7/9 20/9
later [2] 10/1 30/20
law [14] 2/20 2/23 3/4 15/15 18/4 46/4

46/22 47/3 47/13 47/19 48/21 49/8
50/13 50/19
lawful [1] 34/2
least [10] 24/24 24/25 31/6 31/12
31/14 32/19 33/2 36/25 37/10 48/17
legal [2] 37/22 54/11
leniency [1] 15/12
less [1] 48/16
less -- sorry [1] 48/16
let [11] 5/6 6/23 8/19 12/8 19/1 23/5
25/8 29/2 33/19 43/21 59/6
Let's [1] 5/19
LEVI [2] 2/16 5/21
life [1] 48/17
like [1] 27/17
limited [1] 50/21
Line [1] 3/5
listed [1] 53/5
listen [3] 5/12 31/2 45/23
little [1] 30/20
living [1] 34/10
long [1] 18/3
look [1] 30/21
looking [1] 33/20
looks [1] 27/17
LORENZO [3] 1/11 5/25 7/14
loss [4] 46/20 47/11 48/19 50/11
lost [1] 8/18
lot [1] 52/1
loud [2] 7/19 8/18
lower [1] 51/7
luck [1] 61/15
LUSTER [9] 2/23 2/23 6/1 23/10 23/23
26/19 27/4 54/14 57/15

**M**

machine [4] 31/21 32/2 35/22 35/25
made [6] 12/11 25/19 32/20 35/24
42/24 43/12
magistrate [3] 2/13 10/19 11/13
Mail [2] 3/13 62/22
Main [1] 3/2
mainly [1] 5/9
make [4] 5/16 23/19 59/17 59/20
making [2] 10/2 10/22
mandatory [18] 46/4 46/8 46/21 47/1
47/3 47/8 47/13 47/17 47/19 48/9
48/21 49/1 49/8 49/12 50/2 50/12
50/17 50/19
MARCH [10] 1/6 1/11 1/16 1/21 2/3
2/8 5/2 27/13 27/15 27/16
March 1 [1] 27/13
March 10 [1] 27/15
March 22nd [1] 27/16
mark [2] 14/2 60/10
marked [1] 55/24
marshal [2] 61/9 61/18
mask [3] 5/15 5/16 5/17
masks [2] 5/3 62/6
material [1] 33/9
matter [9] 5/9 13/2 25/9 29/23 32/8
37/20 38/16 58/2 62/4
matters [3] 5/4 5/22 61/10
maximum [4] 48/2 48/14 49/3 49/19
may [35] 7/5 8/19 12/9 15/7 17/13
24/11 24/15 30/25 45/2 46/4 46/6
46/12 46/21 46/24 47/2 47/3 47/12
47/15 47/19 47/20 47/24 48/7 48/11
48/21 48/23 49/7 49/10 49/16 49/24
50/4 50/12 50/15 50/18 50/19 50/24

**M**

me [17] 5/9 6/23 7/22 8/16 9/19 12/7
12/8 13/22 19/1 23/5 25/8 29/2 33/19
37/19 43/21 52/4 59/7
means [4] 34/1 34/6 34/9 60/19
mechanical [1] 3/18
mental [1] 22/3
mentally [1] 43/21
mentioned [2] 17/17 60/15
MICHAEL [2] 2/3 8/23
middle [4] 7/9 7/22 8/5 8/13
might [7] 16/19 17/16 17/18 25/3 25/3
37/21 51/3
mind [1] 22/16
minutes [1] 7/17
mistake [1] 33/22
Mistletoe [1] 2/21
moment [2] 7/1 13/22
moments [1] 24/9
months [1] 20/10
more [13] 7/17 7/23 19/2 24/24 46/4
48/4 48/5 48/17 49/21 49/22 50/9
50/12 51/3
morning [2] 5/22 22/17
most [1] 5/11
MR [11] 2/16 2/23 3/1 3/4 3/7 20/14
27/24 36/1 40/18 44/21 52/20
Mr. [319]
Mr. -- you're [1] 6/15
Mr. Atticus [1] 6/12
Mr. Brandon [1] 31/4
Mr. Clarke [50] 8/11 9/18 10/9 11/5
11/22 13/16 13/25 14/16 16/6 17/1
18/20 19/10 19/25 20/18 21/7 21/21
22/10 22/24 25/15 25/25 26/11 27/16
28/18 29/13 30/7 35/5 38/6 38/19 39/9
39/22 40/10 40/18 41/4 41/17 42/5
42/17 43/6 44/5 44/19 45/13 48/14
49/15 51/12 52/11 53/21 55/17 56/15
57/4 58/11 60/8
Mr. Dupree [51] 6/15 8/22 9/20 10/11
11/7 11/24 13/18 14/18 16/8 17/3
18/22 19/12 20/2 20/20 21/9 21/23
22/12 23/1 25/17 26/2 26/13 27/17
28/21 29/15 30/9 36/5 36/18 38/8
38/21 39/11 39/24 40/12 40/19 41/6
41/19 42/7 42/19 43/8 44/7 45/15
49/19 50/3 51/14 52/13 54/1 55/20
56/17 57/6 58/13 60/17
Mr. Edwards [47] 6/22 8/25 9/22 10/13
11/9 12/1 13/20 14/20 16/10 17/5
18/24 19/14 20/7 20/22 21/11 21/25
22/14 23/3 28/24 29/17 30/11 36/22
37/13 38/10 38/22 39/13 40/1 40/14
40/20 41/8 41/21 42/9 42/21 43/10
44/9 44/23 45/17 50/7 50/23 51/16
52/15 54/4 56/4 56/19 57/8 58/15
60/11
Mr. George [1] 6/16
Mr. Gill [6] 23/14 24/2 26/21 27/6
54/18 57/19
Mr. Guy [50] 7/13 9/14 10/5 11/1 11/18
13/12 14/12 16/2 16/22 18/16 19/6
19/20 21/3 21/17 22/6 22/20 25/13
25/23 26/9 27/15 27/22 28/12 29/9
30/3 32/16 34/13 38/2 38/17 39/7
39/20 40/8 40/18 41/2 41/15 42/3
42/15 43/4 44/1 44/15 45/9 46/16
47/23 51/8 52/7 52/23 55/13 56/11

**56**/25 58/7 60/8
Mr. James [1] 6/1
Mr. James's [4] 24/22 24/22 24/24
26/23 27/8 54/20 57/21
Mr. Levi [1] 5/21
Mr. Luster [6] 23/10 23/23 26/19 27/4
54/14 57/15
Mr. Peter [1] 6/7
Mr. Richardson [38] 8/1 9/16 10/7 11/3
11/20 13/14 14/14 16/4 16/24 18/18
19/8 19/22 20/16 21/5 21/19 22/8
22/22 28/15 29/11 30/5 34/17 35/1
38/4 43/12 44/3 44/17 45/11 48/2
48/10 51/10 52/9 53/1 53/20 55/15
56/13 57/2 58/9 60/11
Mr. Richardson's [1] 38/13
Mr. Rivera [50] 5/23 7/10 9/12 10/3
10/24 11/16 13/10 14/10 15/25 16/20
18/14 19/4 19/18 20/12 21/1 21/15
22/4 22/18 25/11 25/21 26/7 27/13
27/20 28/9 29/7 30/1 32/11 37/25
38/16 39/5 39/18 40/6 40/25 41/13
42/1 42/13 43/2 43/24 44/13 45/7
45/25 46/11 51/6 52/5 55/5 56/9 56/23
58/5 60/8 61/7
Mr. Smythe [5] 23/12 23/25 53/17
54/16 57/17
Mr. Thomas [1] 45/19
MS [3] 2/20 3/11 5/23
Ms. [7] 23/8 23/21 26/17 27/2 27/14
54/12 57/13
Ms. Carreras [7] 23/8 23/21 26/17 27/2
27/14 54/12 57/13
must [18] 15/19 15/21 17/7 24/22
24/25 31/5 32/17 33/17 34/18 35/6
35/20 36/6 36/23 48/9 50/1 51/22
59/25 61/8
my [5] 7/3 15/23 33/22 60/2 62/7
myself [1] 28/6

**N**

name [9] 5/6 6/10 7/8 7/22 8/1 8/5 8/13
8/21 9/9
named [1] 24/18
namely [1] 31/24
narcotic [1] 21/14
narcotics [1] 20/25
National [2] 31/8 31/18
nature [2] 29/5 55/23
necessary [1] 14/1
need [5] 10/17 24/8 38/13 44/25 60/21
never [1] 15/14
next [1] 38/25
nice [2] 7/19 8/18
no [70]
None [1] 61/13
NORTHERN [4] 1/2 2/17 3/8 62/15
not [59] 7/15 12/9 12/12 12/24 13/1
14/16 15/3 15/3 15/19 17/13 17/17
17/18 17/20 18/11 23/6 23/9 24/11
24/20 24/24 25/3 26/16 30/13 32/6
32/8 38/16 43/20 46/2 46/3 46/4 46/18
46/19 46/21 47/10 47/12 48/4 48/5
48/16 48/17 48/18 48/20 49/5 49/6
49/7 49/21 49/22 50/9 50/10 50/12
50/20 51/20 51/24 52/20 52/23 54/2
54/6 58/17 58/19 60/24 61/2
note [1] 59/13
noted [1] 55/7
now [3] 7/7 9/25 21/13

**Number** [6] 5/19 5/24 6/2 6/8 6/14 6/16
O'Connor [1] 60/13
oath [6] 6/24 7/7 9/25
object [5] 31/14 31/16 33/4 33/5 37/12
objections [3] 59/18 59/24 59/25
obligation [1] 17/8
obstructed [1] 34/25
obtain [2] 32/6 34/20
occurred [1] 24/14
October [1] 62/11
offense [14] 12/9 24/10 24/14 25/1
30/16 32/13 33/6 34/19 35/3 36/20
37/15 45/1 50/21 59/1
offenses [3] 34/14 36/19 59/1
office [4] 24/18 45/4 60/3 60/5
officers [1] 15/8
Official [1] 62/15
Okay [11] 7/15 13/22 14/18 19/24 20/6
20/14 28/3 34/16 48/10 53/10 54/4
old [1] 19/3
OMISSIONS [1] 1/25
once [1] 5/8
one [18] 7/22 13/22 17/14 28/8 28/20
31/6 31/12 31/14 32/19 33/1 33/2
36/16 36/25 37/9 37/10 52/19 54/1
61/15
one-count [4] 28/8 28/20 52/19 54/1
only [3] 15/22 33/20 53/20
open [2] 28/5 58/3
operating [1] 32/4
opportunity [5] 15/11 17/23 51/24 59/6
59/17
opportunity -- well [1] 59/6
opposed [2] 5/8 14/3
order [8] 28/6 31/14 33/4 34/18 36/6
37/11 43/18 58/18
ordered [1] 59/11
OSHEA [3] 1/21 6/8 8/12
other [20] 14/5 15/22 17/11 17/15 28/7
31/6 32/19 36/17 36/25 38/14 42/23
43/19 43/22 45/5 47/9 48/18 51/20
58/18 60/20 61/10
our [3] 8/21 16/13 18/9
out [5] 53/10 55/24 57/25 60/25 61/7
outside [1] 15/8
over [5] 8/19 10/22 24/8 29/3 38/13
overt [3] 31/14 33/3 37/11
own [1] 42/11

**P**

page [3] 1/25 4/2 55/25
pandemic [1] 62/5
papers [2] 28/7 58/19
paragraph [6] 40/17 40/17 40/19 40/22
40/24 41/11
parole [2] 18/10 18/11
part [2] 31/24 36/16
participants [2] 5/3 62/6
parts [1] 32/1
pay [1] 32/7
payment [1] 32/9
PC [2] 2/23 3/1
pecuniary [4] 46/19 47/10 48/19 50/10
penalties [15] 45/20 45/25 46/12 46/16
47/6 47/24 48/3 48/12 48/14 49/3
49/16 49/19 50/4 50/7 50/25
penalty [2] 14/25 15/12
pending [1] 61/9

P

prior [13] 16/2 46/19 46/18 47/1 47/17
48/8 48/16 48/25 49/5 49/12 50/1 50/9
50/17
perjury [1] 10/2
permitted [1] 17/18
persist [1] 12/10
person [6] 31/7 32/19 34/2 34/6 34/10
37/1
person's [1] 34/21
persons [1] 24/25
PETER [2] 3/1 6/7
physically [1] 43/22
physician [1] 20/10
Pittman [2] 60/10 60/15
place [1] 13/25
placed [1] 6/24
placing [1] 40/3
plea [49] 2/12 5/5 10/22 11/12 12/6
12/7 12/10 14/6 15/1 15/18 15/20
17/18 23/7 23/19 23/20 38/12 38/15
38/17 38/18 38/19 38/20 38/21 38/22
39/1 39/1 39/4 39/16 40/3 40/16 41/12
41/24 42/12 42/23 43/1 43/16 43/19
51/4 51/18 51/22 51/24 53/1 53/12
53/19 53/24 54/8 54/10 58/22 58/23
58/24
plead [24] 12/9 12/12 14/5 14/23 15/10
15/18 15/21 29/1 29/21 30/25 43/23 45/22
46/12 47/24 48/11 49/16 50/4 50/24
52/19 52/21 52/22 53/13 53/21 54/1
54/5
pleading [4] 14/7 15/24 24/7 45/1
pleas [5] 4/4 15/12 54/23 54/25 59/2
please [7] 5/16 7/1 7/8 8/2 31/2 33/22
45/23
pled [1] 59/3
PLLC [1] 3/4
plus [1] 49/22
point [1] 52/2
pointing [1] 53/10
portion [1] 57/25
possess [1] 45/4
possessed [8] 34/1 34/5 35/14 35/17
35/21 36/8 36/13 36/15
possible [1] 17/10
potential [1] 45/20
power [1] 12/19
practicable [1] 60/6
Precinct [1] 3/5
prepared [2] 15/7 59/5
prescribed [1] 62/9
presence [2] 15/4 15/9
present [13] 5/21 5/23 6/1 6/7 6/12
6/16 6/22 15/6 15/12 24/22 59/11 61/1
61/2
presented [1] 38/14
presentence [6] 15/7 17/21 59/5 59/16
60/2 60/7
pressure [1] 15/20
pretenses [1] 33/9
pretrial [1] 60/25
prior [1] 32/5
probable [2] 24/13 25/1
probation [3] 15/8 60/3 60/5
proceed [2] 12/7 25/5
proceeding [2] 6/24 59/4
proceedings [8] 3/18 4/2 10/17 12/23
61/9 61/19 62/4 62/7

process [3] 12/19 15/24 24/9
produced [1] 1.3/19
production [1] 13/19
promise [4] 15/14 42/24 43/13 51/19
promises [2] 15/19 25/19
prompted [1] 15/19
pronounce [2] 6/10 59/3
proper [2] 17/20 17/25
property [2] 34/21 47/22
proposes [3] 23/19 30/25 45/22
prosecution [1] 10/2
prove [6] 13/5 30/17 31/5 32/17 33/17
35/20
proved [3] 34/18 35/6 36/6
proven [1] 36/23
provide [1] 59/8
provided [6] 11/11 27/11 55/1 59/6
59/15 60/4
psychiatrist [1] 20/11
public [3] 3/8 12/14 45/4
punishment [1] 17/15
purely [1] 15/21
purpose [10] 31/9 31/11 31/15 32/23
32/25 33/4 33/12 37/3 37/5 37/12
pursuant [1] 24/7
pursue [1] 24/21
put [1] 32/4

Q

questions [6] 5/12 6/25 9/25 19/2
38/25 52/3

R

raise [1] 7/2
range [5] 17/9 17/10 17/21 18/1 18/2
rather [2] 10/19 59/19
read [14] 10/15 29/1 29/2 29/4 29/4
29/20 30/14 39/15 39/15 40/23 56/6
56/6 57/24 58/18
readily [1] 32/3
reading [4] 29/24 29/25 58/2 58/4
real [1] 34/10
rearraignment [2] 2/12 5/5
reason [3] 15/22 23/6 26/16
reasonable [2] 13/5 18/3
receive [2] 51/3 59/10
received [6] 28/8 28/14 28/23 37/23
54/24 58/1
recent [1] 59/12
recently [1] 20/24
reconsider [1] 60/21
record [7] 7/6 7/9 8/21 13/24 14/2
29/22 62/3
Reed [1] 60/13
refer [1] 38/25
referral [1] 60/2
referring [2] 39/2 55/23
reflect [1] 7/6
Reform [1] 16/12
regard [1] 18/13
regarding [1] 60/6
reject [1] 51/23
relation [2] 34/7 35/10
release [25] 46/3 46/6 46/7 46/21
46/23 46/24 47/12 47/15 47/15 48/5
48/6 48/20 48/23 48/24 49/7 49/10
49/10 49/22 49/24 49/25 50/12 50/14
50/15 60/25 61/5
released [1] 18/11
relevant [3] 47/4 47/21 50/20

rely [1] 15/14
remain [1] 61/7
remaining [1] 61/7
remand [1] 61/8
remanded [1] 61/17
remind [1] 60/4
report [10] 15/7 15/8 17/22 17/24 59/5
59/9 59/16 59/20 59/25 61/4
reported [1] 3/18
reporter [3] 3/11 5/14 62/15
Reporter's [2] 4/6 62/1
representation [1] 37/23
representations [1] 33/9
representatives [1] 15/5
request [1] 24/22
require [10] 30/13 46/7 46/24 47/16
48/7 48/24 49/11 49/25 50/15 58/17
required [4] 13/4 30/17 32/7 32/10
requisite [1] 32/7
responses [2] 5/14 58/20
responsibility [2] 59/14 60/5
restitution [6] 47/2 47/4 47/18 47/20
50/18 50/20
resume [10] 30/19 30/22 33/20 55/1
55/4 55/12 56/4 56/7 56/22 57/25
resumes [3] 55/2 57/11 58/17
retains [1] 10/21
return [2] 24/12 24/23
returned [1] 9/10
review [1] 15/8
reviewing [1] 51/19
revoke [8] 46/7 46/24 47/15 48/7 48/23
49/10 49/24 50/15
RICHARDSON [42] 1/16 3/1 6/3 8/1
8/4 9/16 10/7 11/3 11/20 13/14 14/14
16/4 16/24 18/18 19/8 19/22 20/16
21/5 21/19 22/8 22/22 28/15 29/11
30/5 34/17 35/1 38/4 43/12 44/3 44/17
45/11 48/2 48/10 51/10 52/9 53/13
53/20 55/15 56/13 57/2 58/9 60/11
Richardson's [1] 38/13
right [35] 5/4 5/19 6/6 7/2 9/8 9/9 12/5
12/14 12/16 12/19 12/22 13/6 14/4
14/8 18/5 18/6 18/8 19/1 24/15 25/9
25/10 26/4 26/5 28/4 30/15 32/15
34/12 36/18 41/11 45/3 50/23 51/5
53/24 60/21 61/4
rights [5] 12/13 13/9 14/8 45/3 45/5
risk [1] 61/2
RIVERA [59] 1/6 2/20 5/20 5/23 7/10
7/11 9/12 10/3 10/24 11/16 13/10
14/10 15/25 16/20 18/14 19/4 19/18
20/12 21/1 21/15 22/4 22/18 24/6
25/11 25/21 26/7 27/13 27/20 28/9
29/7 30/1 31/4 32/11 37/25 38/16 39/5
39/18 40/6 40/18 40/25 41/13 42/1
42/13 43/2 43/24 44/13 45/7 45/25
46/11 51/6 52/5 52/20 55/5 56/9 56/23
58/5 60/8 60/22 61/7
RMR [3] 3/11 62/2 62/14
Road [1] 3/5
robbery [2] 37/2 37/6
Room [3] 3/9 3/11 62/19
run [2] 47/8 48/17

S

S-H-A-K-U-R [1] 9/2
S-H-U-K-U-R [1] 9/5
SAENZ [4] 3/11 62/2 62/13 62/14
safe [1] 5/17

**S**

said [3] 59/21 59/20  
satisfied [2] 37/22 58/20  
saving [3] 5/9 29/23 58/2  
say [2] 6/4 59/7  
scheduled [3] 60/9 60/12 60/17  
scheme [3] 33/7 33/8 33/13  
school [4] 19/16 19/19 19/21 20/1  
seated [1] 7/5  
second [13] 31/9 31/21 32/23 33/8 33/19 34/3 34/22 35/9 35/16 35/23 36/10 37/3 60/14  
Section [6] 17/12 31/22 32/21 34/7 35/25 59/13  
Sections [1] 32/7  
see [4] 12/17 26/15 38/16 55/22  
sentence [9] 15/16 16/15 17/8 18/2 18/3 18/5 48/18 51/3 59/10  
sentenced [4] 18/11 60/9 60/12 60/18  
sentencing [13] 10/23 16/12 16/14 16/18 16/19 17/9 17/11 18/13 37/20 37/21 59/6 59/12 59/17  
serve [9] 45/4 46/7 46/25 47/16 48/8 48/24 49/11 49/25 50/16  
set [6] 5/5 30/19 30/24 41/11 41/24 45/20  
sets [1] 33/20  
several [1] 5/4  
severe [1] 51/3  
severity [1] 59/10  
should [4] 15/14 15/18 15/21 26/16  
SHUKUR [3] 2/8 9/1 9/2  
signal [1] 33/12  
signature [9] 11/15 14/1 27/18 39/3 40/3 55/4 55/12 55/19 56/3  
signed [5] 11/14 14/3 27/14 55/3 62/11  
signing [1] 12/3  
simply [2] 40/21 60/4  
Since [1] 44/25  
sir [250]  
six [2] 7/4 20/9  
SMYTHE [8] 3/1 3/1 6/7 23/12 23/25 53/17 54/16 57/17  
so [28] 5/5 5/13 5/18 5/18 6/23 10/16 12/8 14/1 14/7 16/20 17/7 18/10 24/8 25/3 25/8 34/3 34/22 38/13 38/15 38/25 39/3 51/21 53/11 53/19 60/25 61/5 61/6 62/7  
solely [1] 31/25  
some [12] 8/19 12/8 12/25 18/7 19/2 20/4 31/14 33/4 36/15 37/7 37/12 38/13  
soon [1] 60/5  
sorry [4] 29/2 33/22 48/16 53/3  
sound [2] 22/16 33/12  
speak [3] 5/16 7/19 8/18  
speaker [1] 8/19  
special [8] 46/8 47/1 47/17 48/9 49/1 49/12 50/2 50/17  
specific [1] 33/14  
specifically [2] 40/21 59/13  
speedy [1] 12/14  
spell [1] 8/13  
spelled [3] 8/7 9/4 9/9  
stages [1] 12/23  
stand [2] 7/1 7/16  
start [1] 29/2  
state [3] 7/8 8/21 36/16  
stated [2] 56/21 57/11

**statement** [2] 10/2 15/15  
STATES [30] 1/1 1/4 1/9 1/14 1/19 2/1 4/3 6/2 6/2 6/18 6/20 6/24 6/25 6/15 6/18 11/13 12/13 13/4 13/25 14/3 16/14 24/11 24/17 25/6 29/20 30/23 36/17 44/12 57/24 62/10  
status [1] 60/22  
stenography [1] 3/18  
still [2] 19/19 51/4  
stipulate [1] 61/1  
stipulated [5] 17/14 17/16 55/8 57/24 61/6  
stipulations [1] 17/17  
stolen [2] 36/10 36/12  
stop [1] 33/19  
Street [6] 2/17 2/24 3/2 3/9 3/11 62/19  
subject [6] 46/12 47/24 48/11 49/16 50/4 50/24  
submit [1] 32/6  
substance [3] 35/15 35/16 35/18  
such [21] 12/16 13/1 13/4 24/19 26/25 33/13 45/3 46/7 46/24 46/25 47/15 47/16 48/7 48/23 48/25 49/10 49/11 49/24 50/15 50/16 54/25  
suffer [1] 22/2  
Suite [5] 2/17 2/21 2/24 3/2  
superseded [1] 53/7  
superseding [9] 28/20 32/22 33/3 36/7 53/4 53/6 53/11 54/2 55/24  
supervised [17] 46/3 46/6 46/20 46/23 47/12 47/15 48/5 48/6 48/20 48/23 49/7 49/10 49/22 49/24 49/25 50/11 50/14  
supervision [6] 46/10 47/5 47/21 49/2 49/14 50/22  
supplement [6] 38/16 38/18 38/20 38/23 41/25 42/24  
supplements [1] 43/19  
support [1] 54/25  
supported [1] 58/24  
Supreme [1] 16/13  
sworn [2] 7/2 7/4  
system [1] 18/10

**T**

take [1] 17/16  
talk [2] 15/3 30/20  
talked [2] 52/1 52/4  
tax [2] 32/7 32/9  
Taylor [1] 3/9  
TDC [1] 19/23  
Telephone [8] 2/18 2/22 2/25 3/3 3/6 3/10 3/12 62/21  
tell [1] 59/23  
telling [1] 59/21  
Tenth [1] 20/8  
term [29] 46/3 46/5 46/7 46/20 46/22 46/24 46/25 47/8 47/9 47/11 47/13 47/15 47/16 48/5 48/7 48/20 48/22 48/24 48/25 49/7 49/8 49/10 49/11 49/22 49/24 50/11 50/13 50/15 50/16  
terms [1] 41/23  
testify [2] 13/2 13/2  
TEXAS [19] 1/2 1/5 1/10 1/15 1/20 2/2 2/7 2/12 2/18 2/21 2/24 3/2 3/5 3/8 3/9 3/12 62/14 62/15 62/19  
than [13] 10/19 24/25 42/23 46/4 48/4 48/5 48/17 49/21 49/23 50/9 50/12 51/3 59/19

**Thank** [16] 6/6 6/15 6/21 7/5 7/25 8/10 8/16 8/24 9/8 19/24 20/6 24/6 34/12 46/18 53/10 55/7  
that [162]  
that's [9] 7/8 10/20 12/9 24/17 33/22 53/4 53/9 53/16 55/25  
them [4] 5/9 5/10 29/4 57/12  
then [8] 12/3 14/7 23/18 24/21 51/23 52/17 54/23 60/17  
there [7] 14/6 38/12 38/23 53/6 60/21 61/5 61/10  
there's [6] 13/25 24/13 25/1 27/10 54/24 55/22  
these [15] 5/8 5/22 10/17 11/13 12/25 24/21 25/4 30/19 30/21 30/25 38/25 39/16 44/11 55/2 55/9 55/25  
they [3] 57/14 57/20 58/18  
think [1] 7/15  
third [9] 31/12 31/23 33/1 33/10 34/5 34/24 35/17 36/11 37/6  
this [23] 5/11 5/22 6/24 10/18 12/15 12/20 19/1 22/17 27/10 29/19 30/16 42/12 45/19 52/1 56/7 57/23 58/21 59/7 59/19 60/1 60/20 60/23 62/11  
THOMAS [3] 2/16 5/21 45/19  
those [25] 5/15 13/9 14/8 16/9 24/9 24/18 24/23 27/12 28/3 28/6 34/14 39/1 43/19 46/12 47/24 48/11 49/16 50/4 50/25 53/2 53/12 53/25 55/8 60/15 62/9  
though [1] 25/6  
threatened [1] 34/23  
threats [2] 15/20 25/19  
three [2] 28/24 54/5  
three-count [2] 28/24 54/5  
through [3] 5/16 14/2 32/8  
time [11] 5/9 9/16 7/23 19/1 29/19 29/23 36/16 45/19 57/23 58/2 60/23  
time-saving [3] 5/9 29/23 58/2  
today [4] 12/7 24/7 37/18 59/22  
today's [1] 27/17  
took [1] 5/10  
topic [1] 27/10  
trafficking [3] 35/8 35/11 35/12  
transcribed [1] 62/7  
transcript [4] 2/12 3/18 62/3 62/8  
transfer [2] 31/7 31/17  
transferred [4] 31/19 33/18 33/25 34/5  
transferring [1] 32/5  
transmitted [2] 33/10 33/11  
traveled [2] 36/13 36/15  
treated [1] 20/25  
TREVON [3] 2/8 6/19 9/1  
trial [8] 12/14 12/16 13/1 13/4 14/6 14/8 14/9 30/18  
trouble [1] 8/17  
true [3] 56/22 57/12 62/3  
twice [4] 46/19 47/10 48/19 50/10  
two [4] 28/11 28/14 28/17 53/14  
two-count [4] 28/11 28/14 28/17 53/14

**U**

U-K-U-R [1] 9/6  
U.S.C [5] 17/12 31/22 32/7 32/21 34/7  
under [6] 6/24 7/7 9/25 16/12 17/10 17/11 18/7 20/10 21/13 24/11 46/4 46/21 47/3 47/13 47/19 48/21 49/8 50/12 50/19  
understand [33] 9/24 10/3 10/15 10/16 10/18 10/24 13/8 14/10 15/23 18/12

## U

understand [22] [23] 22/17 25/10 29/5
29/22 32/11 34/13 35/1 36/1 36/19
37/13 39/16 40/23 45/6 46/11 47/23
48/10 49/15 50/3 50/24 51/2 51/6 56/7
57/12
UNITED [30]  1/1 1/4 1/9 1/14 1/19 2/1
2/6 2/13 2/16 5/20 5/24 6/2 6/8 6/14
6/18 11/13 12/13 13/4 13/25 14/3
16/13 24/11 24/17 25/6 29/20 30/23
36/17 44/11 57/24 62/10
unlawful [6]  31/9 31/11 32/23 32/25
37/3 37/5
unless [5]  8/17 14/23 18/6 24/12 60/25
until [1]  17/21
up [6]  5/10 5/16 7/16 7/19 8/18 52/1
upon [7]  15/1 15/13 15/14 18/4 30/23
40/3 45/19
us [1]  5/11
use [3]  12/19 32/1 34/22
used [4]  10/1 34/1 34/6 35/9
uses [2]  60/15 60/19

## V

VALENTINO [4]  1/11 7/14 7/24 7/25
valuable [2]  45/3 45/5
various [2]  5/3 62/5
verdict [2]  15/1 15/6
versus [12]  1/5 1/10 1/15 1/20 2/2 2/7
5/20 5/24 6/2 6/8 6/14 6/19
Very [6]  6/23 7/12 8/16 12/3 23/5
55/19
via [1]  62/6
victims [7]  46/20 47/2 47/11 47/18
48/20 50/11 50/18
videoconference [1]  62/6
violates [8]  46/6 46/23 47/14 48/6
48/22 49/9 49/23 50/14
violation [4]  31/7 31/17 32/21 34/7
violations [1]  60/25
violence [1]  34/23
voice [1]  5/13
VOLUME [1]  2/12
voluntarily [4]  12/5 28/4 41/10 42/11
voluntary [3]  15/21 23/20 58/24
vote [1]  45/3

## W

waive [13]  14/7 18/6 24/15 24/20 25/4
25/20 26/5 26/16 29/24 29/25 41/10
58/2 58/4
waived [2]  12/5 28/4
waiver [10]  26/25 27/11 27/19 38/15
38/17 38/19 38/23 40/17 40/22 40/23
waivers [1]  28/6
waiving [1]  25/9
want [3]  27/18 30/21 40/21
was [11]  7/22 31/21 31/24 32/3 32/9
35/16 35/23 36/10 36/11 51/18 53/6
way [5]  24/16 33/11 34/24 37/8 43/22
we [5]  5/4 5/9 7/20 10/16 14/9
we'll [1]  30/20
we're [3]  5/8 7/16 22/17
we've [2]  52/1 52/4
weapon [1]  32/1
wear [1]  5/15
wearing [2]  5/3 5/15
well [8]  12/3 14/8 23/5 37/17 38/24
56/1 59/6 59/16

were [4]  13/5 51/23 62/6 62/7
what [7]  7/22 15/16 22/17 30/16 30/17
31/2 39/22
when [4]  5/13 14/25 27/14 38/25
where [2]  5/6 15/4
whether [5]  13/2 14/25 15/15 32/8
51/22
which [22]  13/3 25/2 30/25 34/18
35/24 36/5 45/1 45/21 46/4 46/21 47/2
47/3 47/12 47/19 47/19 48/21 49/7
50/12 50/18 50/19 59/3 59/14
while [1]  60/25
who [4]  6/15 10/23 14/22 14/24
why [1]  26/16
will [33]  10/23 14/6 15/3 15/7 15/10
15/11 15/12 15/16 17/20 18/11 23/19
25/5 28/6 29/23 30/13 42/12 46/5
46/22 47/13 48/21 49/8 50/13 54/23
58/2 58/17 58/18 59/5 59/6 59/15 60/2
60/13 61/5 61/6
willfully [3]  31/10 32/24 37/4
wire [4]  32/20 33/5 33/11 34/7
wish [3]  26/5 29/25 58/4
wishes [1]  24/21
withdraw [3]  17/18 51/5 51/24
within [4]  18/2 18/9 20/9 59/25
without [2]  34/3 34/21
witnesses [2]  12/18 12/21
Word [1]  4/7
wore [1]  62/6
works [8]  16/18
WORTH [15]  1/3 1/5 1/10 1/15 1/20
2/2 2/7 2/18 2/21 2/24 3/2 3/9 3/12
62/16 62/19
would [19]  5/10 7/1 7/8 8/13 8/21
12/24 13/2 13/2 13/3 13/4 13/6 14/7
25/2 29/19 30/17 37/7 51/23 57/23
61/1
write [1]  10/16
writing [1]  33/12
written [7]  27/11 27/19 28/6 42/23
55/25 59/20 59/25
wrongful [1]  34/22

## Y

yahoo.com [2]  3/13 62/22
Yeah [1]  53/9
year [1]  47/12
years [15]  46/2 46/4 46/18 46/21 47/8
48/4 48/5 48/17 48/21 49/5 49/7 49/21
49/23 50/9 50/12
Yes [208]
you [240]
you'll [6]  5/6 7/15 51/4 51/5 59/8 59/17
you're [5]  5/17 6/15 44/25 45/1 60/17
you've [3]  37/18 37/19 37/23
your [157]
yours [11]  27/13 27/14 27/15 27/16
27/17 38/21 40/18 40/18 40/19 55/15
55/20