

**Certified as a true copy and issued as the mandate on Apr 24, 2023**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

No. 22-10780
Summary Calendar

**FILED**
April 25, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

United States Court of Appeals
Fifth Circuit
**FILED**
March 31, 2023
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

versus

JOSEPH MICHAEL DUPREE,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-36-1

Before JONES, HAYNES, and OLDHAM, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as frivolous.