**FILED**
**April 25, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

---

No. 22-10780
Summary Calendar

---

United States Court of Appeals
Fifth Circuit
**FILED**
March 31, 2023
Lyle W. Cayce
Clerk

United States of America,

                *Plaintiff—Appellee,*

*versus*

Joseph Michael Dupree,

                *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CR-36-1

_____

Before Jones, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:[*]

  The Federal Public Defender appointed to represent Joseph Michael Dupree has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Dupree has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-10780

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.